1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 138549)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   JONATHAN SCHMIDT (CSBN 230646)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-6776
      FAX: (415) 436-7234
8     Email: jonathan.schmidt@usdoj.gov

9  Attorneys for Plaintiff
   United States of America
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,        )   No. CR 08-0160 MAG
                                    )
16        Plaintiff,                )   NOTICE OF ADDITION OF ATTORNEY
                                    )
17    v.                            )
                                    )
18 JOHN JOSEPH COTA,                )
                                    )
19        Defendant.                )
                                    )
20

NOTICE OF ADDITION OF ATTORNEY
[CR 08-0160 MAG]

1  The United States Attorney's Office hereby files this Notice of Addition of Attorney to
2  advise the court that Assistant United States Attorney, Jonathan Schmidt, should be added to this
3  matter.  Future ECF notices should be sent to AUSA Jonathan Schmidt at the email address of
4  Jonathan.Schmidt@usdoj.gov.

6  DATED: March 27, 2008              Respectfully submitted,

7                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney

10                                    _____/s/_____
                                      JONATHAN SCHMIDT
                                      Assistant United States Attorney

NOTICE OF ADDITION OF ATTORNEY
[CR 08-0160 MAG]