IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**JUDGE** Joseph C. Spero             **COURT DEPUTY**: Karen Hom

**DATE**: April 4, 2008                **COURT REPORTER**: FTR 10:44-10:59

**CASE NO.**  CR  08-00160-1           **TIME:**  19 mins

**NAME:**       USA v. JOHN JOSEPH COTA

**COUNSEL FOR GOVERNMENT:**            **COUNSEL FOR DEFENDANT:**
Stacey Geiss, Jonathan Schmidt         Jeff Bornstein
& Richard Udell

**COUNSEL FOR MATERIAL WITNESSES:** (Case 07-90552 MISC VRW)
Brian Getz for Hong Zhi Wang
Petra Reinecke for Sun Mao Cai
Jonathan Howden for Kong Xiang Hu, Shun Biao Zhao, Liang Xian Zheng & Zong Bin Li

**PROCEEDINGS**:
1.  Status/Trial Setting                                              HELD

2.  USA's Motion For Authority to Comply with the Crime              GRANTED
Victims' Rights Act Using Appropriate Alternative Measures

3.  Material Witnesses' Oral Motion to Unseal Entire Case            GRANTED
(Case 7-90552 MISC VRW)

4.  Dft's Oral Motion for Referral to a Mag. Judge for Settlement    GRANTED.

**ORDERED AFTER THE HEARING:**   Dft's presence is waived on 5/5/8 and 5/16/8.  Briefing schedule for Material Witnesses' Motion for Release or for Depositions - Gov't response due 4/21/8; reply brief due 4/28/8.
Parties shall confer on the name of a magistrate judge and advise the Court with the name of the selected magistrate judge.

**CASE CONTINUED TO**: 5/5/8 at 3:30 PM (special setting) for hearing on Material Witnesses' Motion for Release or for Depositions; 5/16/8 at 1:30 PM for a Final Pretrial Conference; and 5/27/8 at 8:30 AM for a 3 week jury trial.

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney  [ ]  Defendant  [X]  Court

cc: KLH, JCS