UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br>JOHN JOSEPH COTA,<br>   Defendant. | CR 08-0160 MAG<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION FOR AUTHORITY TO COMPLY WITH THE CRIME VICTIMS' RIGHTS ACT (18 U.S.C. § 3771) USING APPROPRIATE ALTERNATIVE MEASURES |

Upon application of the United States of America, the Court finds that (1) the number of potential victims in this case and challenges in identifying victims makes it impracticable to provide individual notice as contemplated in the Crime Victims' Rights Act ("the Act") at 18 U.S.C. § 3771(a)(2); (2) accordingly, the "multiple crime victims" provision of the Act applies to this case; and, (3) the means of notifying potential victims as set forth in the United States' Motion for Authority to Comply with the Crime Victims' Rights Act Using Appropriate Alternative Measures constitutes a "reasonable procedure" to give effect to the notice provisions of the Act.

IT IS HEREBY ORDERED:

The United States' Motion for Authority to Comply with the Crime Victims' Rights Act Using Appropriate Alternative Measures is granted. Accordingly, the United States is authorized to comply with 18 U.S.C. § 3771(a)(2) by giving notice to potential victims in this case through (1) counsel in pending related civil cases brought by victims of the November 7, 2007, oil spill; (2) the following trade organizations whose members are potential victims of the November 7, 2007 oil spill: Pacific Coast Federation of

1  Fishermen's Associations, the Crab Boat Owners' Association, and the Small Boat
2  Commercial Salmon Fishermen's Association; and (3) posting information relevant to the
3  notification of victims on the website for the United States Attorney's Office's for the
4  Northern District of California, located at
5  http://www.usdoj.gov/usao/can/community/Notifications/index.html, on an ongoing basis
6  throughout the court proceedings.

8  SO ORDERED.

10  Dated: April 4, 2008



JOSEPH C. SPERO
United States Magistrate Judge