**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00160-1 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| JOHN JOSEPH COTA, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Telephonic Status Hearing Re: Jury Questionnaire and Jury Selection before Magistrate Judge Spero has been set for **April 16, 2008, at 9:30 a.m.** The Court will initiate the phone contact.

Dated: April 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy