# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**JUDGE** Joseph C. Spero             **COURT DEPUTY**: Karen Hom

**DATE**: April 16, 2008              **COURT REPORTER**: Kathy Powell

**CASE NO.**   CR  08-00160-1         **TIME:**  18 mins

**NAME:**      USA v. JOHN JOSEPH COTA

**COUNSEL FOR GOVERNMENT:**           **COUNSEL FOR DEFENDANT:**

Jonathan Schmidt *(T)                 Jeff Bornstein * (T)

**PROCEEDINGS**:
1. Telephonic Status Conference Re: Jury Selection            HELD
and Jury Questionnaire

**ORDERED AFTER THE HEARING:**   Mr. Bornstein shall file a waiver of appearance on behalf of Mr. Cota for today's proceedings.  This case is referred to Chief Magistrate Judge Larson for a settlement conference, to occur at the convenience of his calendar.  The parties shall meet and confer and submit a stipulation to the Court regarding discovery deadlines and Rule 15 deposition schedule of the material witnesses by May 5, 2008.  Court vacated the final pretrial conference and jury trial date.

**CASE CONTINUED TO**: 5/5/8 at 3:30 PM (special setting) for hearing on Material Witnesses' Motion for Release or for Depositions or Status Conference.

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney  [ ]  Defendant  [X]  Court

**EXCLUDABLE DELAY Begins <u>04/16/2008</u>   Ends <u>06/01/08.</u>
Order to be submitted by: AUSA <u>Jonathan Schmidt</u>**

cc: KLH, JCS, Wings
*T = Telephonic Appearance