UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR08-00160-1 JCS |
|---|---|
| Plaintiff(s), | **ORDER OF REFERRAL TO CHIEF MAGISTRATE JUDGE JAMES LARSON FOR A SETTLEMENT CONFERENCE** |
| v. | |
| JOHN JOSEPH COTA, | |
| Defendant(s). | |

IT IS HEREBY ORDERED THAT pursuant to Crim L.R. 11-1(a) this case shall be referred to Chief Magistrate Judge James Larson for a settlement conference, to occur at the convenience of his calendar. Counsel will be contacted by Judge Larson's chambers with a date and time for the conference.

IT IS SO ORDERED.

Dated: April 16, 2008

JOSEPH C. SPERO
United States Magistrate Judge