1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
3  STACEY P. GEIS (CASBN 181444)
   JONATHAN SCHMIDT (CASBN 230646)
4  Assistant United States Attorneys
   450 Golden Gate Ave., 11th Floor
5  San Francisco, CA 94102
   (415) 436-7126 (tel)
6  (415) 436-7234 (fax)
   Stacey.Geis@usdoj.gov
7  Jonathan.Schmidt@usdoj.gov

8  RONALD J. TENPAS
   Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 Richard A. Udell
   Senior Trial Attorney
11 Environmental Crimes Section
   P.O. Box 23985
12 L'Enfant Plaza Station
   Washington, DC 20004
13 (202) 305-0361 (tel)
   (202) 514-8865 (fax)
14 Richard.Udell@usdoj.gov

15 Attorneys the United States of America

16
17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                        SAN FRANCISCO DIVISION

20
21 In Re Material Witness Warrants      )
                                        )
22                                      )   Case No. 07 90552 MISC VRW (JCS)
                                        )         CR 08-0160 JCS
23                                      )
                                        )   REPLY TO WITNESS MAO CAI
24                                      )   SUN'S MOTION FOR RELEASE OR,
                                        )   IN THE ALTERNATIVE, TO
25                                      )   COMPEL SCHEDULING OF RULE 15
                                        )   DEPOSITIONS
26                                      )
                                        )
27                                      )

28

1    Material Witnesses Mao Cai Sun, Shun Biao Zhao, Kong Xiang Hu and Zong Bin Li have
2 filed a motion asking to be released or, in the alternative, for Rule 15 depositions to be
3 scheduled. The United States opposes the witnesses' release at this time, but supports the
4 taking of depositions pursuant to Rule 15 of the Federal Rules of Criminal Procedure due to
5 the exceptional circumstances in this matter, and because it is in the interests of justice.
6    The witnesses are potential witnesses in *United States v. John Joseph Cota* CR 08-0106
7 JCS. Before depositions can be taken in that case, the parties need to exchange and review
8 discovery. The discovery is complex and involves a variety of paper navigation charts,
9 electronic navigation charts, radar images, and a voice recorder. The government has already
10 provided some discovery and is expeditiously providing the rest to the defendant. Based on
11 conversations with defense counsel, the government believes the earliest the
12 parties can be prepared to take deposition is May 27, 2008.

14   DATED: April 21, 2008                      Respectfully submitted,

15                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney

17           /S/
     STACEY P. GEIS
     JONATHAN SCHMIDT
18   Assistant United States Attorneys

20   RONALD J. TENPAS
     Assistant Attorney General

21           /S/
     Richard A. Udell
22   Senior Trial Attorney
     Environmental Crimes Section