1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  STACEY P. GEIS (CASBN 181444)
   JONATHAN SCHMIDT (CASBN 230646)
5  Assistant United States Attorneys

6  450 Golden Gate Ave., 11th Floor
   San Francisco, CA 94102
7  (415) 436-7126 (tel)
   (415) 436-7234 (fax)
8  Stacey.Geis@usdoj.gov
   Jonathan_Schmidt@usdoj.gov
9

10 RONALD J. TENPAS
   Assistant Attorney General
11 Environment and Natural Resources Division
   United States Department of Justice
12
   RICHARD A. UDELL
13 Senior Trial Attorney
   Environmental Crimes Section
14
   P.O. Box 23985
15 L'Enfant Plaza Station
   Washington, DC 20004
16 (202) 305-0361 (tel)
   (202) 514-8865 (fax)
17 Richard.Udell@usdoj.gov

18 Attorneys for Plaintiff
   United States of America
19

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

Notice to Reassign Case to District Judge
CR 08-00160 JCS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR 08-00160-JCS |
| Plaintiff, | ) ) | NOTICE AND [PROPOSED] ORDER |
| v. | ) ) | TO REASSIGN CASE TO DISTRICT JUDGE |
| JOHN JOSEPH COTA, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |

On March 17, 2008, the government filed an Information in the above-referenced matter, charging the defendant, John Joseph Cota, with one count of violating the Clean Water Act, Title 33 U.S.C. § 1319(c)(1), a misdemeanor, and one count of violating the Migratory Bird Treaty Act, Title 16 U.S.C. § 703, a misdemeanor.  The case was assigned to Magistrate Judge Joseph Spero.

On April 23, 2008, the government filed a Superseding Indictment in the above-referenced matter, charging the defendant with two counts of making false statements, in violation of Title 18 U.S.C. § 1001, a felony.

In light of the Superseding Indictment charging two felonies in the above-referenced matter, the government requests that the case be assigned to a District Judge in accordance with law.

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
STACEY P. GEIS
JONATHAN SCHMIDT
Assistant U.S. Attorneys

Notice to Reassign Case to District Judge
CR 08-00160 JCS

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-referenced matter, CR 08- 00160 JCS, be reassigned to a District Judge.


Dated: _____          _____

                                                          United States Magistrate Judge

Notice to Reassign Case to District Judge
CR 08-00160 JCS