JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CASBN 230646)
Assistant United States Attorneys

450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7126 (tel)
(415) 436-7234 (fax)
Stacey.Geis@usdoj.gov
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

RICHARD A. UDELL
Senior Trial Attorney
Environmental Crimes Section

P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

//
//
//
//
//
//
//
//

Notice to Reassign Case to District Judge
CR 08-00160 JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA,<br><br>　Defendant.<br>_____ | No. CR 08-00160-JCS<br><br>NOTICE AND [~~PROPOSED~~] ORDER TO REASSIGN CASE TO DISTRICT JUDGE |

　　On March 17, 2008, the government filed an Information in the above-referenced matter, charging the defendant, John Joseph Cota, with one count of violating the Clean Water Act, Title 33 U.S.C. § 1319(c)(1), a misdemeanor, and one count of violating the Migratory Bird Treaty Act, Title 16 U.S.C. § 703, a misdemeanor. The case was assigned to Magistrate Judge Joseph Spero.

　　On April 23, 2008, the government filed a Superseding Indictment in the above-referenced matter, charging the defendant with two counts of making false statements, in violation of Title 18 U.S.C. § 1001, a felony.

　　In light of the Superseding Indictment charging two felonies in the above-referenced matter, the government requests that the case be assigned to a District Judge in accordance with law.

JOSEPH P. RUSSONIELLO
United States Attorney


　　　/s/
STACEY P. GEIS
JONATHAN SCHMIDT
Assistant U.S. Attorneys

Notice to Reassign Case to District Judge
CR 08-00160 JCS

2

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-referenced matter, CR 08- 00160 JCS, be reassigned to a District Judge.

Dated: April 24, 2008

United S[...]e



Notice to Reassign Case to District Judge
CR 08-00160 JCS

3