**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

JOHN JOSEPH COTA,

       Defendant.

_____/

No. CR 08-0160 JCS  (JL)

NOTICE OF SETTLEMENT
CONFERENCE AND SETTLEMENT
CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before Magistrate Judge James Larson.  The Settlement Conference shall take place on **Wednesday, April 30, 2008 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

Counsel who will try the case or other counsel responsible for the litigation shall appear at the Settlement Conference with the parties if possible.  Any party who is not a natural person shall be represented by an individual not directly involved in the events which give rise to the litigation but with full authority to negotiate a settlement.

SETTLEMENT CONFERENCE NOTICE          1

1    **The parties shall deliver directly to the magistrate judge *two copies* of a**

2   **Confidential Settlement Conference Statement which should be lodged with**

3   **chambers and should not be filed with the Clerk of the Court or served upon other**

4   **parties by close of business Monday, April 28, 2008.**

5       The Confidential Settlement Conference Statement shall be as brief as possible and

6   should rarely exceed 10 pages.  It shall include the following:

7       1.    A statement of the facts of the case.

8       2.    A statement of the charges and defenses including.

9       3.    A summary of the proceedings to date.

10      4.    The party's position on settlement, including a history of past settlement

11  discussions as well as present demands and offers.

12      **Any request to continue the settlement conference shall be submitted in**

13  **writing after consultation with the opposing party.  Submission by facsimile is**

14  **acceptable at facsimile number (415) 522-2140.**

15      The parties shall notify Magistrate Judge Larson's chambers immediately if this case

16  settles prior to the date set for settlement conference.

17

18  DATED: April 24, 2008

19

20  _____
                                    JAMES LARSON
                                    United States Magistrate Judge

21

22

23

24

25

26

27

28

SETTLEMENT CONFERENCE NOTICE        2