1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
3  STACEY P. GEIS (CASBN 181444)
   JONATHAN SCHMIDT (CABSN 230646)
4  Assistant United States Attorneys
   450 Golden Gate Ave., 11th Floor
5  San Francisco, CA 94102
   (415) 436-6776 (tel)
6  (415) 436-7234 (fax)
   Jonathan.Schmidt@usdoj.gov
7

8  RONALD J. TENPAS
   Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 Richard Udell
   Senior Trial Attorney
11 Environmental Crimes Section
   P.O. Box 23985
12 L'Enfant Plaza Station
   Washington, DC 20004
13 (202) 305-0361 (tel)
   (202) 514-8865 (fax)
14 Richard.Udell@usdoj.gov

15 Attorneys for Plaintiff
   United States of America
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-0160 MAG |
| Plaintiff, | [Proposed] ORDER EXCLUDING TIME FROM APRIL 16, 2008 to JUNE 1, 2008 |
| v. | |
| JOHN JOSEPH COTA, | |
| Defendant. | |

1    On April 16, 2008, the parties appeared before the Honorable Joseph C. Spero, United
2 States Magistrate Judge, by telephone. At that appearance, the parties requested that the
3 period of delay from April 16, 2008, to June 1, 2008, be excluded in computing the time
4 within which the trial must commence. The grounds for this exclusion are the complexity
5 of the case and the need for the parties to exchange and review discovery. Failure to
6 grant such a continuance would unreasonably deny the defendant and the government the
7 reasonable time necessary for effective preparation, taking into account the exercise of
8 due diligence. *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv). Further the ends of
9 justice served by the continuance outweigh the best interest of the public and the
10 defendant in a speedy trial.
11    IT IS SO ORDERED.
12
13 Dated:_____           _____
                                     JOSEPH C. SPERO
14                                   United States Magistrate Judge _____