JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA,<br><br>　　Defendant. | CR 08-0160 ~~MAG~~ JCS<br><br>[~~Proposed~~] ORDER EXCLUDING TIME FROM APRIL 16, 2008 to JUNE 1, 2008 |

1    On April 16, 2008, the parties appeared before the Honorable Joseph C. Spero, United
2 States Magistrate Judge, by telephone.  At that appearance, the parties requested that the
3 period of delay from April 16, 2008, to June 1, 2008, be excluded in computing the time
4 within which the trial must commence.  The grounds for this exclusion are the complexity
5 of the case and the need for the parties to exchange and review discovery.  Failure to
6 grant such a continuance would unreasonably deny the defendant and the government the
7 reasonable time necessary for effective preparation, taking into account the exercise of
8 due diligence.  *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv).  Further the ends of
9 justice served by the continuance outweigh the best interest of the public and the
10 defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 25, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge  Joseph C. Spero

2