**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4   USA,                                                    No. C 08-00160SI

5              Plaintiff,                              **NOTICE**

6     v.

7   COTA,

8              Defendant.
                                                    /
9

10  To All Parties:

11  YOU ARE HEREBY NOTIFIED THAT a status conference has been scheduled to occur on Friday,
    May 9, 2008, at 11:00 a.m.

12

13

14

15

16

17

18

19
    Dated: April 30, 2008                              RICHARD W. WIEKING, Clerk
20

21

22                                                      Tracy Sutton
                                                        Deputy Clerk
23

24

25

26

27

28