# CRIMINAL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** April 30, 2008

**Case No.:**   CR 08-0160 SI  (JL)

**Case Name:**   USA v. John  Cota

**Counsel Present:**     **Plaintiff**: Stacey Geis

                         **Defendant:** Jeffrey Bornstein

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

|          |                                   |
|----------|-----------------------------------|
| _____   | Settle                            |
| _____   | Partial settlement                |
| __X__    | Did not settle                    |
|          | Further settlement conference ordered: _____ |

**Time:**   2.5   hrs

**Comments:** A further settlement conference has been scheduled for Wednesday, May 21, 2008 at 2:00 p.m.

*Venice E. Thomas* (signature)

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tracy Sutton