1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
3  STACEY P. GEIS (CASBN 181444)
   JONATHAN SCHMIDT (CABSN 230646)
4  Assistant United States Attorneys
   450 Golden Gate Ave., 11th Floor
5  San Francisco, CA 94102
   (415) 436-6776 (tel)
6  (415) 436-7234 (fax)
   Jonathan.Schmidt@usdoj.gov
7

8  RONALD J. TENPAS
   Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 RICHARD A. UDELL
   Senior Trial Attorney
11 Environmental Crimes Section
   P.O. Box 23985
12 L'Enfant Plaza Station
   Washington, DC 20004
13 (202) 305-0361 (tel)
   (202) 514-8865 (fax)
14 Richard.Udell@usdoj.gov

15
   Attorneys for Plaintiff
16 United States of America

17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19
                     SAN FRANCISCO DIVISION
20
                                  )    CR 08-0160 SI
21 UNITED STATES OF AMERICA,      )
                                  )    UNITED STATES' STATUS
22      Plaintiff,                )    STATEMENT
                                  )
23 v.                             )
                                  )
24 JOHN JOSEPH COTA,              )
                                  )
25      Defendant.                )
                                  )
26 _____)

27
        The parties will be making their initial appearance before this Court on Friday, May 9,
28
   2008, at 11:00 am.  Aspects of this case have been litigated since December 2007. The

   United States files this statement to provide the court with a brief background on the case

1    and the pending issues.

2    **I.  Introduction**

3        Defendant John Cota is a San Francisco Bar Pilot.  While sailing through the San

4    Francisco Bay, large ships are required to have a licensed pilot.  The majority of these

5    pilots are San Francisco Bar Pilot.  To maintain their pilot's license, pilots are required to

6    take an annual physical.

7        Captain Cota was the pilot on the *M/V Cosco Busan* on November 7, 2007, when the

8    ship hit a tower of the Bay Bridge causing over 50,000 gallons of bunker fuel to spill into

9    the Bay, which led to the death of approximately 2,000 migratory birds.

10        The indictment alleges that Captain Cota failed to disclose all of his current

11    medications on his annual physical form in 2006 and 2007, and when he piloted the

12    *Cosco Busan* on November 7, 2007, he was negligent.  Specifically:

13        **Counts 1-2** charge Captain Cota with making false statements in violation of 18

14        U.S.C. § 1001;

15        **Count 3** charges Captain Cota with negligently discharging oil into the navigable

16        waters of the United States in violation of the Clean Water Act, as amended by the Oil

17        Pollution Act of 1990, 33 U.S.C. §§ 1319(c)(1), 1321(b)(3) (a misdemeanor offense);

18        and

19        **Count 4** charges Captain Cota with taking, without a permit, protected migratory

20        birds, in violation of the Migratory Bird Treaty Act, 16 U.S.C. §§ 703, 707(a) (a

21        misdemeanor offense).

22    **II. Procedural History**

23        The crew of the *Cosco Busan* are Chinese nationals.  The ship's master and five crew

24    members have been detained in San Francisco since the incident and formally held as in

25    the Bay Area as material witnesses since January 3, 2008.  *See In re Material Witness*

26    *Warrants,* CR 07-09552 MISC VRW (JCS).  The material witness matter was assigned

27    initially to Magistrate Judge Vadas.

28        On March 17, 2008, the United States filed an information charging Captain Cota with

1   the Clean Water Act/Oil Pollution Act and Migratory Bird Treaty Act violation.  That

2   case was assigned to Magistrate Judege Spero who took over the material witness matter.

3       On April 22, 2008,  a superseding indictment was returned charging Captain Cota

4   with the current charges.

5       On April 30, 2008, Magistrate Judge Larson conducted a settlement conference in the

6   case.   A second settlement conference is scheduled for May 21, 2008.

7       Forty-four days remain on the speedy trial clock.  Currently by stipulation time is

8   excluded until June 1, 2008.

9   **III.    Material Witnesses and Rule 15 Depositions**

10       The Master of the *Cosco Busan* and five crew members are being housed in San

11   Francisco.  Their food, lodging and salary are being paid by Fleet Management, their

12   employer and the operator of the *Cosco Busan* pursuant to a surety agreement negotiated

13   with the Coast Guard that expires on May 31, 2008.  The United States is working to find

14   a means to provide the material witnesses with food and lodging beyond May 31, 2008.

15       On April 1, 2008, five of the six material witnesses moved for depositions pursuant to

16   Rule 15 of the Federal Rules of Criminal Procedure and for their release.  Neither the

17   government nor the defendant opposed the motion with respect to the request for Rule 15

18   depositions.  On May 1, 2008, at a hearing on that motion, Judge Joseph C. Spero ordered

19   that the Rule 15 depositions should proceed in the last week of May and the first week of

20   June with regard to three of the material witnesses that were not on the bridge on the day

21   of the casualty.  These three witnesses are Chief Officer  Kong Xiang Hu, Second Officer

22   Shun Biao Zhao, and Bosun Liang Xiang Zheng.  All three witnesses are represented by

23   Jonathan Howden.

24       The parties and the Court have yet to discuss the method for taking the depositions.

25   The United States proposes that the Court establish a briefing schedule so that this matters

26   can be expeditiously addressed.

27       The scheduling of the remaining three Rule 15 depositions is contingent upon the

28   defense having access to and an opportunity to review adequate discovery.

3

1  **IV.    Discovery**

2     The discovery in this case is voluminous and involves specialized data specific to

3  mariner activities.  The United States has provided extensive discovery to the defense that

4  is already in the tens of thousands of pages.  This discovery includes all statements and

5  reports concerning the material witnesses.  The United States is also making continuous

6  efforts to work with defense counsel to make the discovery accessible and intelligible.

7     On May 7,  2008, pursuant to Judge Spero's order, the parties met and conferred on

8  discovery.  On that same day the United States filed a motion asking the Court to allow

9  the discovery of the audio tapes from the ship's Voyage Data Recorder, similar to the

10  "black box" on an aircraft.  See *United States' Motion And [Proposed] Order*

11  *To Allow Discovery Of The M/V Cosco Busan's November 7, 2007, Bridge Recording*.

12                                                    Respectfully submitted,

13  JOSEPH P. RUSSONIELLO                    RONALD J. TENPAS
    United States Attorney                   Assistant Attorney General
14  BRIAN J. STRETCH                         Environment and Natural Resources
    Chief, Criminal Division                 Division
15                                           United States Department of Justice

16
    By:        /S/                           By:        /S/
17     JONATHAN SCHMIDT                          RICHARD A. UDELL
       Assistant United States Attorney          Senior Trial Attorney
18                                               Environmental Crimes Section

19

20  DATED: May 8, 2008

21

22

23

24

25

26

27

28