1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12  UNITED STATES OF AMERICA, | ) | No.: CR 92-0001 CRB |
| 13           Plaintiff, | ) ) | |
| 14      v. | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS RE: SENTENCING |
| 15 | ) ) | |
|    DONELL HATCHER, | ) | |
| 16           Defendant. | ) ) | |
| 17  _____ | ) | |

18    WHEREAS, the defendant Donell Hatcher is scheduled to appear for a status hearing
19 as to setting of a sentencing date, on Wednesday, May 14, 2008, at 2:15 p.m., before this
20 Court;

21    WHEREAS, the government has been advised that the defendant is still in the process
22 of being transported from the Northern District of Alabama, and where he is therefore not
23 yet available for proceedings in this District;

24    WHEREAS, the parties have conferred with each other and this Court's deputy and
25 determined that Wednesday, June 25, 2008, at 2:15 p.m., is an appropriate date on
26 ////
27 ////
28 ///

STIPULATION AND [PROPOSED ] ORDER
CR 92-0001 CRB

1  this Court's calendar for further status and setting as to sentencing.

2

3  **IT IS SO STIPULATED**.

4
                                        JOSEPH P. RUSSONIELLO
5                                       United States Attorney

6

7  Date:  May 13, 2008              /S/
                                        TIMOTHY J. LUCEY
8                                       Assistant U.S. Attorney

9

10 Date:  May 13, 2008              /S/
                                        RANDY SUE POLLOCK
11                                      Counsel for Defendant
                                        DONELL HATCHER
12

13     **IT IS SO ORDERED.**

14

15 Date: _____
                                        HONORABLE CHARLES R. BREYER
16                                      U.S. District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED ] ORDER
CR 92-0001 CRB                              2