# CRIMINAL MINUTES

**Chief Magistrate Judge James Larson**

Date: May 16, 2006

Case No.: CR 08-0160 SI  (JL)

Case Name:   USA v. John Cota

**Counsel Present:**      **Plaintiff**: Stacey Geis

                                      **Defendant:** Jeffrey Bornstein

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a telephone settlement conference was held in the above-referenced case with the following outcome:

|  |  |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| __X__ | Did not settle |
|  | Further settlement conference ordered:     __X__ |

**Time:**   40 mins

**Comments: A further settlement conference has been scheduled for Wednesday, May 21, 2006 at 2:00 p.m.**

*Venice E. Thomas*

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tracy Sutton