1 | JOSEPH P. RUSSONIELLO
United States Attorney
2 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
3 | STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
4 | Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
5 | San Francisco, CA 94102
(415) 436-6776 (tel)
6 | (415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov
7

8 | RONALD J. TENPAS
Assistant Attorney General
9 | Environment and Natural Resources Division
United States Department of Justice
10 | RICHARD A. UDELL
Senior Trial Attorney
11 | Environmental Crimes Section
P.O. Box 23985
12 | L'Enfant Plaza Station
Washington, DC 20004
13 | (202) 305-0361 (tel)
(202) 514-8865 (fax)
14 | Richard.Udell@usdoj.gov

15 | Attorneys for Plaintiff
United States of America
16

17 |                   UNITED STATES DISTRICT COURT

18 |                 NORTHERN DISTRICT OF CALIFORNIA

19 |                     SAN FRANCISCO DIVISION

20 | UNITED STATES OF AMERICA,        )       CR 08-0160 -SI
                                     )
21 |     Plaintiff,                   )       UNITED STATES MOTION FOR AN
                                     )       EXPEDITED HEARING DATE
22 | v.                               )
                                     )
23 | JOHN JOSEPH COTA,                )
                                     )
24 |     Defendant.                   )
                                     )
25 |                                  )
     _____ )
26

27 |         The United States, by and through the undersigned attorneys, hereby moves this

28 | Honorable Court to set an expedited hearing date of May 30, 2008, at 11:00 a.m., or

1   earlier, on the *United States Motion to Set a Trial Date*. The United States has filed a

2   motion asking the court to set a trial date in *United States v. John Joseph Cota* CR 08-

3   0160-SI. The United States seeks a trial date so it can serve trial subpoenas on the

4   material witnesses before they leave the country. Currently three material witnesses are

5   scheduled for depositions starting on May 29, 2008. The witnesses will likely seek to

6   leave the country upon completion of the depositions. Hence, the United States is

7   requesting that the Court set a hearing and rule on the motion to set a trial date no later

8   than May 30, 2008.

9                                                  Respectfully submitted,

10       JOSEPH P. RUSSONIELLO          RONALD J. TENPAS
         United States Attorney         Assistant Attorney General
11                                      Environment and Natural Resources
         BRIAN J. STRETCH               Division
12       Chief, Criminal Division       United States Department of Justice

13

14  By:_____S/S_____   By:_____S/S_____
         JONATHAN SCHMIDT                    RICHARD A. UDELL
15       Assistant United States Attorney    Senior Trial Attorney
                                             Environmental Crimes Section
16

17  DATED: May __, 2008_____

18

19

20

21

22

23

24

25

26

27

28