JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
RICHARD A. UDELL
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-0160 -SI |
|    Plaintiff, ) | UNITED STATES MOTION AND PROPOSED ORDER TO A SET TRIAL DATE |
| v. ) | |
| JOHN JOSEPH COTA, ) | |
|    Defendant. ) | |

The United States, by and through the undersigned attorneys, hereby moves this

Honorable Court to set a trial date in the matter of *United States v. John Joseph Cota*

CR 08-0160-SI or, in the alternative, set this matter on for hearing no later than May 30, 2008, at 11:00 a.m.  The United States has filed a separate motion requesting an expedited hearing date.

## I.    Background

Defendant John Cota, a San Francisco Bar Pilot, is charged with negligently causing the discharge into San Francisco Bay of over 50,000 gallons of oil from the *M/V Cosco Busan* on November 7, 2007, as well as other charges.

The crew of the *Cosco Busan* are Chinese nationals.  The ship's master and five crew members have remained in San Francisco since the incident and have been formally held in the Bay Area as material witnesses since January 3, 2008.  *See In re Material Witness Warrants,* CR 07-09552 MISC VRW (JCS).  On April 1, 2008, five of the six material witnesses moved for depositions pursuant to Rule 15 of the Federal Rules of Criminal Procedure and for their release.  The material witness matter is now assigned to Magistrate Judge Spero who has ordered that depositions of three of the six material witnesses (Kong Xian Hu, Liang Xian Zheng, and, Shun Biao Zhao) take place starting on May 29, 2008, and the deposition of the remaining three witnesses take place starting the week of August 11, 2008.

The parties are scheduled to appear next before this Court on July 18, 2008, for a hearing on motions.  Forty-four days remain on the speedy trial clock.  Currently, time is excluded until July 18, 2008.

## II.    Argument

The United States would like to secure the material witnesses's testimony at trial. If the witnesses are unavailable, the United States will move to admit their depositions pursuant to Federal Rules of Criminal Procedure (FRCP) Rule 15.  These depositions are generally only admissible at trial if the witness is unavailable.  *See* FRCP Rule 15(f) and Federal Rules of Evidence (FRE), Rule 804.  A witness is deemed unavailable if the party seeking to admit the testimony is unable to "procure the declarant's attendance . . . by process or other reasonable means." FRE 804(a)(5).  A government witness will not be

deemed unavailable unless the prosecutors acted in good faith and "operate[d] in a competent manner" in attempting to procure the witness. *See United States v Yida*, 498 F.3d 945, 952 (9th Cir. 2007).

The United States would like to serve trial subpoenas on the material witnesses. Here it is expected that the material witnesses will seek to leave the country upon the completion of their Rule 15 depositions making service of process difficult. Serving the material witnesses once they leave the country will be difficult not only because the witnesses will be in a foreign country, but also because these witnesses are seamen who spend several months a year absent from their home country sailing the high seas. Thus, the United States would like to serve these witnesses with trial subpoenas **before** they leave the country. The United States believes that the first deposition will be completed on May 29, 2008.

The United States cannot serve these witnesses with a trial subpoena absent a trial date. Hence the United States respectfully asks that the Court set a trial date so that these witnesses can be served with a trial subpoena before their departure from the United States.

The United States suggests a trial date of September 1, 2008. Currently there are forty-four days left on the speedy trial clock and time is excluded until July 18, 2008. Hence, a trial must commence by September 1, 2008. Defense counsel has informed government counsel that he is still reviewing discovery and is not ready to set a trial date.

The United States has spoken to Jonathan Howden, counsel for witnesses Kong Xian Hu, Liang Xian Zheng, and, Shun Biao Zhao. According Mr. Howden he will not accept formal process after the witnesses leave the country, because it would extend the jurisdiction of the Court beyond the United States. However Mr. Howden represented that once the witnesses leave the country, he will facilitate communication with these witnesses and work to ensue their presence at trial. In addition he will work to ensure that the witnesses are personally served before they leave the country, provided that service happens shortly after the completion of their depositions.

**III.   Conclusion**

1  For the reasons set forth above, the United States respectfully requests that the
2  Court set a trial date of September 1, 2008, or in the alternative set this Motion on for
3  hearing on May 30, 2008 at 11 a.m. or earlier.

Respectfully submitted,

| JOSEPH P. RUSSONIELLO | RONALD J. TENPAS |
| United States Attorney | Assistant Attorney General |
|  | Environment and Natural Resources |
| BRIAN J. STRETCH | Division |
| Chief, Criminal Division | United States Department of Justice |

By:_____S/S_____  By:_____S/S_____
    JONATHAN SCHMIDT                  RICHARD A. UDELL
    Assistant United States Attorney  Senior Trial Attorney
                                      Environmental Crimes Section

DATED: May __, 2008___

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JOHN JOSEPH COTA, <br>     Defendant. | CR 08-0160 SI <br><br> [Proposed] ORDER SETTING A TRIAL DATE |

Based on the Motion of the United States, the Court hereby sets a trial date in this matter of September 1, 2008.

SO ORDERED.

Dated: _____

HONORABLE SUSAN ILLSTON
United States District Court Judge