JEFFREY L. BORNSTEIN (State Bar No. 99358)
BARRY M. HARTMAN, (DC Bar No. 291617) (*Pro Hac Vice pending*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 882-8200
Fax:             (415) 882-8220

1601 K Street, N.W.
Washington, D.C. 20006
Telephone:    (202) 778-9000
Fax:             (202) 778-9100
Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  CR 08-0160 SI |
| Plaintiff, | ) **DEFENDANT'S RESPONSE TO GOVERNMENT'S EX PARTE MOTION** |
| vs. | ) |
| JOHN J. COTA, | ) |
| Defendant. | ) |

Defendant has no objection to a hearing on the government's motion on an expedited basis but notes that a deposition is scheduled for May 29 and 30, 2008.  It is premature to set a trial date.  The government continues to produce needed discovery.  The defense has not had the time necessary to review and digest the massive amount of materials

---

1

DEFENDANT'S RESPONSE TO GOVERNMENT'S EX PARTE MOTION
(CR 08-0160 SI)

the government has recently produced.  If the Court believes it to be prudent to set a tentative date for trial subpoenas, we have no objection so long as the date is set on or after October 13, 2008.

                                        Respectfully submitted,

                                        KIRKPATRICK & LOCKHART
                                        PRESTON GATES ELLIS LLP

Dated:  May 22, 2008                    By:  /S/ JEFFREY L. BORNSTEIN
                                                    JEFFREY L. BORNSTEIN
                                                    BARRY M. HARTMAN
                                                    Attorneys for JOHN J. COTA