# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-0160 SI |
| Plaintiff, | [Proposed] ORDER SETTING A TRIAL DATE |
| v. | |
| JOHN JOSEPH COTA, | |
| Defendant. | |

Based on the Motion of the United States, the Court hereby sets a trial date in this matter of ~~September 1, 2008.~~ 10/20/08 provided that defendant agrees to exclude this time from speedy trial clock until 10/20/08.

SO ORDERED.

Dated: 5/23/08

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge