# CRIMINAL MINUTES

**Chief Magistrate Judge James Larson**

**Date: May 21, 2008**

**Case No.: CR 08-0160 SI  (JL)**

**Case Name:**   USA v. John Cota

**Counsel Present:**     **Plaintiff**: Stacey Geis

                               **Defendant:** Jeffrey Bornstein

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a further settlement conference was held in the above-referenced case with the following outcome:

|       |                                                     |
|-------|-----------------------------------------------------|
| ____  | Settle                                              |
| ____  | Partial settlement                                  |
|  X    | Did not settle                                      |
|       | Further settlement conference ordered: ____         |

**Time:**   2.5 hrs

**Comments:**

                                               Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tracy Sutton