UNITED STATES DISTRICT COURT

Northern District of California

United States of America

Plaintiff(s),

v.

John Cota

Defendant(s).

CASE NO. CR08-0160-1 (SI)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Barry M. Hartman, Esq. , an active member in good standing of the bar of the Commonwealth of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Kirkpatrick & Lockhart Preston Gates Ellis, LLP
1601 K Street, N.W.
Washington, DC  20006   202-778-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, John Cota

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/20/08

Susan Illston
United States Magistrate Judge