JEFFREY L. BORNSTEIN (State Bar No. 99358)
BARRY M. HARTMAN, *Admitted Pro Hac Vice* (DC Bar No. 291617)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 882-8200
Fax:              (415) 882-8220

1601 K Street, N.W.
Washington, D.C. 20006
Telephone:    (202) 778-9000
Fax:              (202) 778-9100
Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.:  CR 08-0160 SI |
| )  | |
| Plaintiff,            ) | **STATUS REPORT RE: INTERPRETER** |
| ) | |
| vs.            ) | |
| ) | |
| JOHN J. COTA,            ) | |
| ) | |
| Defendant.            ) | |
| ) | |
| _____) | |

In accordance with this Court Order of May 28, 2008 continuing the crew depositions that were scheduled to begin on May 29, 2008, attached as Exhibit A, is the bill from Dial-an-Interpreter for the late cancellation charge for the Certified Mandarin Interpreter who is assisting the defense.  The daily rate is actually higher, but we were able to

1

STAUTS REPORT RE: INTERPRETER
(CR 08-0160 SI)

1 use the Interpreter's services for part of this time. We are requesting that the Court order the
2 government to pay the $600 charge incurred as a result of its decision to postpone the
3 depositions.
4     In addition, we have been advised by the Interpreter we are using that she will be out
5 of town and unavailable from July 11 to July 28, 2008. We are therefore requesting that the
6 Court reschedule the depositions to begin on or July 28, 2008.

Respectfully submitted,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

Dated: June 4, 2008                By: /S/ JEFFREY L. BORNSTEIN
JEFFREY L. BORNSTEIN
BARRY M. HARTMAN
Attorneys for JOHN J. COTA

  

*A Full Service Interpretation and Translation Agency*

P.O. 27901-358, San Francisco, California 94127
☏ (800) 884-5401 ☏ Fax (866) 521-3763
Email: dialaninterpreter@gmail.com
www.dial-an-interpreter.com

**INVOICE**
**# 080527-02**

Date: May 27, 2008

Service Contracted By:   Jeff Bornstein, Esq.

Kirkpatrick, Lockhart, Preston, Gates & Ellis LLP

55 Second Street, Suite 1700

San Francisco, CA 94105

Case Name/Reference:   In re: Cosco Busan

| DATE OF SERVICE: | | |
|---|---|---|
| | In late cancellation charge for a Certified Mandarin interpreter service scheduled in the above matter: | |
| | 4 hour minumim @ $150.00 per hour . . . . . . . . . . . . | $ 600.00 |
| | TOTAL AMOUNT DUE | $ 600.00 |

YOU CAN NOW PAY YOUR INVOICE ONLINE! JUST LOG ONTO WWW.DIAL-AN-INTERPRETER.COM

I.R.S. # 94-3209265
TERMS: PAYMENT REQUESTED WITHIN 7 DAYS. If not paid within 30 days, a 1 ½% service charge will be added to the unpaid balance.
All translations are kept on file for 1 year.