Jeffrey L. Bornstein (State Bar No. 99358)
Luke G. Anderson (State Bar No. 210699)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
Christopher R. Tate, *Pro Hac Vice pending* (PA Bar No. 205510)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 08-0160 SI |
|---|---|
| Plaintiff, | **DEFENDANT JOHN J. COTA'S NOTICE OF MOTION AND MOTION TO DISMISS FALSE STATEMENT CHARGES** |
| v. | |
| JOHN J. COTA, | Date: July 18, 2008<br>Time: 11:00 a.m.<br>Judge: Honorable Susan Illston |
| Defendant. | |
| | Speedy Trial Act; Excludable Time Through Disposition, 18 U.S.C. § 3161 (h)(1)(F) |

**TO UNITED STATES ATTORNEY JOSEPH P. RUSSONIELLO:**

**PLEASE TAKE NOTICE** that at 11:00 a.m. on July 18, 2008 or as soon thereafter as

counsel may be heard in the above entitled Court, Defendant JOHN J. COTA ("Captain Cota") will

and hereby does move this Court for an order dismissing Counts One and Two of the Superseding

1.

DEFENDANT JOHN J. COTA'S NOTICE OF MOTION AND MOTION TO DISMISS
FALSE STATEMENT CHARGES
CR 08-0160 SI

1  Indictment in this matter pursuant to Rule 12(b)(2) and (3) of the Federal Rules of Criminal

2  Procedure. Specifically, Captain Cota seeks dismissal based on the grounds that the charges lack the

3  required elements under 18 U.S.C. Section 1001 because: (a) the alleged false statements were not

4  made within the jurisdiction of the executive, legislative or judiciary branch of the government of the

5  United States, (b) it violates the *Ex Post Facto* Clause of the Constitution to prosecute the alleged

6  2006 and 2007 false statements, (c) the alleged false statements were not material, and (d) the

7  questions which led to the allegedly false statements were fundamentally ambiguous nor was there

8  any notice given that the communications at issue were subject to Section 1001, thereby negating

9  any willful and knowing intent. Therefore, Counts One and Two are legally deficient and should be

10  dismissed without leave to amend.

11         This motion is based on this Notice of Motion and Motion, the attached Memorandum of

12  Points and Authorities and exhibits in support thereof, the complete files and records in this matter,

13  and upon such other matters as may be presented to the Court at the time of the hearing.

14                        Respectfully submitted,

15

16

17  DATED: June 13, 2008.              KIRKPATRICK & LOCKHART
                                  PRESTON GATES ELLIS LLP

18

19                        By: __/s/ Jeffrey L. Bornstein_____

20                        Jeffrey L. Bornstein, Esq.
                      Barry M. Hartman, Esq., *Admitted Pro Hac Vice*

21                        Luke G. Anderson Esq.
                      Christopher R. Tate, Esq., *Pro Hac Vice pending*

22

23                        Attorneys for Defendant
                      JOHN J. COTA

24

25

26

27

28

DEFENDANT JOHN J. COTA'S NOTICE OF MOTION AND MOTION TO DISMISS
FALSE STATEMENT CHARGES
CR 08-0160 SI