**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105-3493

T 415.882.8200   www.klgates.com

June 14, 2008

**Via Electronic Filing**

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

      Re:    USA v. John J. Cota; CR 08-0160 SI

Dear Judge Spero:

      Attached is a copy of the [Proposed] Travel Order. Jonathan Schmidt indicated that the government has no objection to the Court signing the Order so that Captain Cota can attend the conference in Bangkok, Thailand. We will arrange with the Clerk's office for the return of Captain Cota's passport. We will also provide the government with the itinerary and contact information when it is set.

      Thank you for your cooperation.

Very truly yours,

*[signature]*

Jeffrey L. Bornstein

JLB:mac

SF-155949 v1

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9
10
11  UNITED STATES OF AMERICA,        )  Case No.:  CR 08-0160 SI
                                     )
12         Plaintiff,                )  **[PROPOSED] ORDER GRANTING**
                                     )  **TRAVEL TO THAILAND**
13         vs.                       )
                                     )
14  JOHN J. COTA,                    )
                                     )
15         Defendant.                )
16  _____ )
17
18
19         For good cause shown,
20         IT IS HEREBY ORDERED that John J. Cota shall be permitted to travel to and from
21  Petaluma, CA to Bangkok, Thailand to attend the International Pilots Convention.  The
22  conference is scheduled in early August.  Prior to traveling, Mr. Cota will provide the
23  government with his travel itinerary and contact information while in Thailand.  He will be
24  permitted to travel for no more than two weeks from approximately July 31, 2008, returning
25  prior to August 11, 2008.
26  //
27
28

**[PROPOSED] ORDER GRANTING TRAVEL TO THAILAND**
**CR 08-0160 SI**

1
2   IT IS FURTHER ORDERED that the Clerk's office shall return Mr. Cota's passport to
3   him for this trip.  Within 72 hours of his return from his travel, Mr. Cota shall return his passport
4   to the Clerk's office.
5   It is so Ordered.
6   DATED:  June ___, 2008                          _____
7                                                   HONORABLE JOSEPH C. SPERO
                                                    United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING TRAVEL TO THAILAND**
**CR 08-0160 SI**