# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 5/9/08

Case No.   CR-08-160  SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- JOHN COTA (NC)(P)

Attorneys:  J. Schmidt          J. Bornstein

Deputy Clerk: Tracy Sutton  Court Reporter: J. Yeomans

## PROCEEDINGS

1)  Status - HELD
2)  _____
3)  _____
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                    PART

Case continued to  @ 11:00 a.m.   for

Case continued to **7/18/08  @ 11:00 a.m.**  for Motion to Dismiss
(Motion due 6/3/08 , Opposition 6/27/08  Reply 7/708 )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Complex
**Delay begins:          Delay ends: 7/18/08**
(     AUSA          )

ORDERED AFTER HEARING:
The Court will review the recent motion for discovery filed by the Govt.  Deft. will not be filing
an opposition.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )