Clerk's Use Only
Initial for fee pd.:

Christopher R. Tate (PA Bar No. 205510)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006
(202) 778-9000

FILED
08 JUN 16 AM 9:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

              Plaintiff(s),

    v.

JOHN J. COTA

            Defendant(s).

CASE NO. CR 08-0160-1 SI

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Christopher R. Tate, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, John Cota in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey Bornstein, Esq., Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700, San Francisco, CA 94105, (415) 882-8200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2008

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020230
Cashier ID: sprinka
Transaction Date: 06/16/2008
Payer Name: kirkpatrick lockhart
-------------------------------------
PRO HAC VICE
 For: kirkpatrick lockhart
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
-------------------------------------
CHECK
 Check/Money Order Num: 1401
 Amt Tendered: $210.00
-------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

cr08-160si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```