JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CASBN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7126 (tel)
(415) 436-7234 (fax)
Stacey.Geis@usdoj.gov
Jonathan_Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

RICHARD A. UDELL
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0160 SI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE |
| JOHN JOSEPH COTA, | ) | |
| Defendant. | ) | Hearing Date: July 18, 2008<br>Time:           11:00 a.m. |

[PROPOSED] ORDER RE BRIEFING SCHEDULE
[CR 08 0160 SI]]

1    Defendant John Joseph Cota ("defendant") has filed several pre-trial motions in the
2 above-referenced matter, including motions to dismiss certain counts of the indictment
3 and a motion to sever. The hearing for said motions is currently scheduled for July 18,
4 2008. The parties initially agreed to and the Court ordered a briefing schedule that
5 required the government to file any opposition to said motions by June 27, 2008 and the
6 defendant to file any reply by July 8, 2008. In light of the substantive nature of the
7 motions, including several constitutional arguments, and in light of government counsels'
8 schedule, the government has proposed and the defendant has agreed to modify the
9 briefing schedule.
10    As such, with the agreement of the parties, the parties request that this Court amend
11 the briefing schedule so that the government may file any oppositions to the motions by
12 July 3, 2008 and the defendant may file any reply motions by July 11, 2008. The hearing
13 date would remain the same, July 18, 2008.
14    Accordingly, and with the consent of the defendant, the Court orders that the briefing
15 schedule for motions to be heard on July 18, 2008 in the above-referenced matter shall be
16 adjusted as follows: (1) the government may file any opposition to said motions by
17 Thursday, July 3, 2008, and (2) the defendant may file any reply motions by Friday, July
18 11, 2008. The hearing date shall remain July 18, 2008 at 11:00 a.m.
19 IT IS SO STIPULATED.
20
   DATED:   6/17/08                         /s/
21                                          Barry M. Hartman, Esq.
                                            Attorney for John Joseph Cota
22
23 DATED:   6/18/08                          /s/
                                            Stacey P. Geis
24                                          Assistant U.S. Attorney
25 IT IS SO ORDERED.
26
27 DATED: _____                         _____
                                            The Honorable Susan Illston
28                                          United States District Judge

[PROPOSED] ORDER RE BRIEFING SCHEDULE
[CR 08 0160 SI]]                    -2-