

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*   (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*   *FAX:(415) 436-7234*

June 18, 2008

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

Re:   United States v. John Joseph Cota (Case No. CR 08-0160)

Dear Judge Spero:

This is to notify the Court that the government has no objection to the John Cota's proposed Order Granting Travel to Thailand filed June 14, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JONATHAN SCHMIDT
Assistant United States Attorneys