UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08-0160 SI |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **TRAVEL TO THAILAND** |
| vs. ) | |
| ) | |
| JOHN J. COTA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For good cause shown,

IT IS HEREBY ORDERED that John J. Cota shall be permitted to travel to and from Petaluma, CA to Bangkok, Thailand to attend the International Pilots Convention. The conference is scheduled in early August. Prior to traveling, Mr. Cota will provide the government with his travel itinerary and contact information while in Thailand. He will be permitted to travel for no more than two weeks from approximately July 31, 2008, returning prior to August 11, 2008.

//

1
2    IT IS FURTHER ORDERED that the Clerk's office shall return Mr. Cota's passport to
3 him for this trip.  Within 72 hours of his return from his travel, Mr. Cota shall return his passport
4 to the Clerk's office.
5    It is so Ordered.
6 DATED: June  18 , 2008



7    HONORABLE JOSEPH C. SPERO
8    United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING TRAVEL TO THAILAND
CR 08-0160 SI