RECEIVED

JUN 1 6 2008

FILED

JUL 1 ___ 2008

UNITED STATES  DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA

Plaintiff(s),

v.

JOHN J. COTA

Defendant(s).

_____ /

CASE NO.  CR 08-0160-1 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Christopher R. Tate                           , an active member in good standing of the bar of

the Commonwealth of Pennsylvania            whose business address and telephone number

(particular court to which applicant is admitted)

is

Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW, Washington, DC 20006
(202) 778-9000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, John Cota,

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  6/18/08

_____
United States District      Judge

UNITED STATES DISTRICT COURT
For the Northern District of California