JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
NICOLE S. BUSSI, CASB No. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for REGAL STONE, LTD.


BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
KARL SCHMIDT, Assistant Chief Counsel
G. MICHAESL HARRINGTON
BELVIN K. SMITH
WM. DAVID SULLIVAN (SBN 142881)
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail:  P.O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

Attorneys for THE PEOPLE OF THE STATE OF CALIFORNIA, ACTING BY AND THROUGH THE DEPARTMENT OF TRANSPORTATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHELSEA, LLC, et. al.,<br><br>          Plaintiff,<br><br>vs.<br><br>REGAL STONE, LTD., *et al, in personam,* M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *in Rem,*<br><br>          Defendants. | Case No. C07-5800-SC<br><br>**NOTICE OF RELATED CASE: STIPULATION THEREON**<br><br>**CORRECTED** |

1    Pursuant to the order of the clerk of the court, and in accordance with Local
2 Rule 3-12, the parties of this action, The People of the State of California, Acting by and
3 through the Department of Transportation, and Regal Stone, Ltd., file this Notice
4 specifying that the matters:

5    *The Continental Insurance Co. v. Regal Stone, Ltd. et al.*, 3:2008cv02052-SC
6    *U.S.A. v. Regal Stone, Ltd. et al.*, 3:2007cv06045-SC
7    *Chelsea, LLC v. Regal Stone, Ltd. et al.*, 3:2007cv05800-SC
8    *Shogren Living Trust et al. v. Regal Stone, Ltd. et a.l*, 3:2007cv05926-SC
9    ~~*United States of America v. John J. Cota*, 3:2008cr00160-SI,~~    **SC**

10 may potentially constitute a related case to *The People of the State of California, Acting*
11 *by and through the Department of Transportation v. Regal Stone, Ltd. et al.*, CV-08-2268-
12 EMC (N.D. Cal.).

13    All actions arise from the November 7th oil spill involving the M/V COSCO
14 BUSAN and include statutory causes of action as well as tort-based claims.  The action
15 filed by the People of the State of California includes a complaint in rem requesting
16 damages resulting from the allision of the M/V COSCO BUSAN with the San-Francisco
17 Bay Bridge.  The State of California is seeking compensation for the necessary repair of
18 the Bridge.  The counter-claim filed by Regal Stone, Ltd. includes claims against the
19 State of California relating to its breach of duties and negligent licensing of Pilot John
20 Cota.  The counter-claim also requests contribution, indemnity and setoff for any
21 damages Regal Stone, Ltd. has or will pay.

22    **IT IS SO STIPULATED AND AGREED:**

| | |
|---|---|
| 1 | |
| 2 | DATED: June 16, 2008 |
| 3 | JOHN D. GIFFIN |
| 4 | JOSEPH A. WALSH, II<br>JOHN COX |
| 5 | NICOLE S. BUSSI<br>KEESAL, YOUNG & LOGAN |
| 6 | ATTORNEYS FOR REGAL STONE, LTD. |
| 7 | |
| 8 | DATED: JUNE 16, 2008 |
| 9 | WM. DAVID SULLIVAN<br>ATTORNEY FOR THE PEOPLE OF THE<br>STATE OF CALIFORNIA, ACTING BY<br>AND THROUGH THE DEPARTMENT OF |
| 10 | TRANSPORTATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/19/08

THE HONORABLE SAMUEL CONTI
DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti* (United States District Court, Northern District of California seal)

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

**NOTICE OF RELATED CASE: STIPULATION THEREON**

☒ **BY E-MAIL:** I also caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒ **State:** Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 16, 2008 at San Francisco, California.

/s/ Rina D. Horenian
Rina D. Horenian