Jeffrey L. Bornstein (State Bar No. 99358)
Luke G. Anderson (State Bar No. 210699)
K&L Gates LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
Christopher R. Tate, *Admitted Pro Hac Vice* (PA Bar No. 205510)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 778-9000
Facsimile:   (202) 778-9100

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>JOHN J. COTA,<br><br>                          Defendant. | Case No.  CR 08-0160 SI<br><br>**[PROPOSED] ORDER** |

FOR GOOD CAUSE SHOWN, It Is Hereby Ordered that Defendant's Ex Parte Motion For An Order (1) Vacating Current Deposition Dates And Then (2) Either Referring Motion To Vacate Or Continue Rule 15 Depositions To Magistrate Judge Spero Or, Alternatively, Shortening Time On Motion is GRANTED.  Given the government's agreement, the Rule 15

1.

[PROPOSED] ORDER—CR 08-0160 SI

1  depositions currently scheduled to begin on July 21, 2008 are taken off-calendar and Defendant's
2  Motion to Vacate Or Continue is referred to Magistrate Judge Spero for further proceedings.
3      It is so Ordered.

7  Dated: July ___, 2008        By: _____
8                                                  HONORABLE SUSAN ILLSTON
                                                United States District Court Judge

2.

[PROPOSED] ORDER—CR 08-0160 SI

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California by a member of the Bar of this Court, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 55 Second Street, Suite 1700, San Francisco, CA 94105. On July 9, 2008, I served the document(s) described as:

[PROPOSED] ORDER - EX PARTE MOTION FOR AN ORDER REFERRING MOTION TO VACATE OR CONTINUE RULE 15 DEPOSITIONS TO MAGISTRATE JUDGE SPERO OR, ALTERNATIVELY, SHORTENING TIME ON MOTION

on the parties to this action named on the attached service list by the method described below.

(BY PERSONAL SERVICE) I caused a true and correct copy of said document(s) to be served by hand to the addressee(s) listed above, with the name and address of the person served shown on the envelope.

(BY OVERNIGHT DELIVERY) I enclosed a true and correct copy of said document(s) in an envelope/package provided by an overnight delivery carrier addressed to the addressee(s) listed above, sealed it, and placed it for collection and overnight delivery following the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP. I am readily familiar with the firm's practice of collecting and processing correspondence for overnight delivery. On the same day that correspondence is placed for collection and overnight delivery, it is collected by an overnight delivery carrier. Delivery fees are pre-paid or provided for in accordance with the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP.

(BY ELECTRONIC TRANSMISSION) I transmitted a true and correct copy of said document(s) by electronic mail to the offices of the addressee(s). I did not receive, within a reasonable time after the transmission, any message or other indication that the transmission was unsuccessful.

**X** (BY FACSIMILE) I transmitted a true and correct copy of said document(s) by facsimile to the offices of the addressee(s). Upon completion of the facsimile transmission, a transmission report was issued showing the transmission was complete and without error.

(BY U.S. MAIL) I enclosed a true and correct copy of said document(s) in an envelope addressed to the addressee(s) listed above and placed it for collection and mailing following the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service with postage fully prepaid at San Francisco, California.

Executed on July 9, 2008 at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

        ___/s/ Mae A. Chu_____
        Mae A. Chu

**SERVICE LIST**

| | |
|---|---|
| **Stacey Geis, Esq.**<br>**Jonathan Schmidt, Esq.**<br>Assistant United States Attorneys<br>U.S. Attorney's Office<br>450 Golden Gate, 11th Floor<br>San Francisco, CA 94102<br><br>Fax: (415) 436-7234 | **Richard Udell**<br>US Department of Justice, Environment Crimes Section<br>PO Box 23985<br>Washington DC 20026<br><br><br>Fax: (202) 305-0396 |
| **Jonathan R. Howden, Esq.**<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br><br>Fax: (415) 369-8683 | **Brian H. Getz, Esq.**<br>**Douglas Schwartz, Esq.**<br>Law Offices of Brian H. Getz<br>San Francisco Office<br>44 Montgomery Street, Suite 3850<br>San Francisco, California 94104<br><br>Fax: (415) 438-2655 |