Jeffrey L. Bornstein (State Bar No. 99358)
Luke G. Anderson (State Bar No. 210699)
K&L Gates LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
Christopher R. Tate, *Admitted Pro Hac Vice* (PA Bar No. 205510)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 778-9000
Facsimile:   (202) 778-9100

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN J. COTA,<br><br>　　　　　　　　　　Defendant. | Case No.  CR 08-0160 SI<br><br>**DEFENDANT JOHN J. COTA'S REPLY TO OPPOSITION TO MOTION TO SEVER** |

Defendant John J. Cota ("Captain Cota"), by and through his undersigned counsel, hereby files this reply to the United States' Opposition ("Opposition") to Motion to Sever ("Motion").

**I.    <u>THE GOVERNMENT'S OPPOSITION IS BASELESS</u>.**

Severance of improperly joined offenses is to be determined "solely by the allegations in the indictment" as a matter of law. *United States v. Terry*, 911 F.2d 272, 276 (9th Cir. 1990). Despite the government's attempt in its Opposition to "infer" a relationship between the alleged

1

**DEFENDANT JOHN J. COTA'S REPLY TO OPPOSITION TO MOTION TO SEVER
CR 08-0160 SI**

false statements and the alleged negligent discharge claim, there is none – or at least to date, there has been no evidence disclosed to the defense establishing any such connection. The government should not be permitted to bootstrap an argument based on unsupported inference and innuendo given the seriousness of the allegations at issue in this case. It strains credulity for the government to argue – as it does in its Opposition – that Captain Cota's negligence on November 7, 2007 included his allegedly being "unfit for duty." In its Indictment the government specified six acts or omissions comprising its negligence claim – being unfit for duty for medical reasons was not one of them. If the government has evidence of a connection between the alleged false statements in January 2006 and January 2007 and the incident on November 7, 2007, then it should have alleged such a connection and produced the supporting evidence. The government did neither. Accordingly, the government should not be permitted to draw connections and inferences based on unrelated conduct, suppositions and innuendo.

## II.     CONCLUSION.

For the foregoing reasons, Captain Cota respectfully requests that the Court sever the felony false statement counts from the Clean Water Act and Migratory Bird Treaty Act counts.

Respectfully submitted,

K& L GATES LLP

Dated:  July 11, 2008         By:    /s/ Jeffrey L. Bornstein
                                     Jeffrey L. Bornstein, Esq.
                                     Luke G. Anderson, Esq.
                                     Barry M. Hartman, Esq., *Admitted Pro Hac Vice*
                                     Christopher R. Tate, Esq., *Admitted Pro Hac Vice*

                                     Attorneys for Defendant
                                     JOHN J. COTA

2

**DEFENDANT JOHN J. COTA'S REPLY TO OPPOSITION TO MOTION TO SEVER**
**CR 08-0160 SI**

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California by a member of the Bar of this Court, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 55 Second Street, Suite 1700, San Francisco, CA 94105. On July 11, 2008, I served the document(s) described as:

REPLY IN SUPPORT OF MOTION TO SEVER

on the parties to this action named on the attached service list by the method described below.

(BY PERSONAL SERVICE) I caused a true and correct copy of said document(s) to be served by hand to the addressee(s) listed above, with the name and address of the person served shown on the envelope.

(BY OVERNIGHT DELIVERY) I enclosed a true and correct copy of said document(s) in an envelope/package provided by an overnight delivery carrier addressed to the addressee(s) listed above, sealed it, and placed it for collection and overnight delivery following the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP. I am readily familiar with the firm's practice of collecting and processing correspondence for overnight delivery. On the same day that correspondence is placed for collection and overnight delivery, it is collected by an overnight delivery carrier. Delivery fees are pre-paid or provided for in accordance with the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP.

(BY ELECTRONIC TRANSMISSION) I transmitted a true and correct copy of said document(s) by electronic mail to the offices of the addressee(s). I did not receive, within a reasonable time after the transmission, any message or other indication that the transmission was unsuccessful.

**X** (BY FACSIMILE) I transmitted a true and correct copy of said document(s) by facsimile to the offices of the addressee(s). Upon completion of the facsimile transmission, a transmission report was issued showing the transmission was complete and without error.

(BY U.S. MAIL) I enclosed a true and correct copy of said document(s) in an envelope addressed to the addressee(s) listed above and placed it for collection and mailing following the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service with postage fully prepaid at San Francisco, California.

Executed on July 11, 2008 at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

                                              ___/s/ Mae A. Chu_____
                                              Mae A. Chu

**DEFENDANT JOHN J. COTA'S REPLY TO OPPOSITION TO MOTION TO SEVER**
**CR 08-0160 SI**

**SERVICE LIST**

**Stacey Geis, Esq.**  
**Jonathan Schmidt, Esq.**  
Assistant United States Attorneys  
U.S. Attorney's Office  
450 Golden Gate, 11th Floor  
San Francisco, CA 94102  

Fax: (415) 436-7234  

**Richard Udell, Esq.**  
Senior Trial Attorney  
Environmental Crimes Section  
P.O. Box 23985  
L'Enfant Plaza Station  
Washington D.C. 20004  

Fax: (202) 514-8865  

**DEFENDANT JOHN J. COTA'S REPLY TO OPPOSITION TO MOTION TO SEVER**  
**CR 08-0160 SI**