1 | JOSEPH P. RUSSONIELLO
United States Attorney
2 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
3 | STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
4 | Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
5 | San Francisco, CA 94102
(415) 436-6776 (tel – Schmidt) (x7126 – Geis)
6 | (415) 436-7234 (fax)
Stacey.Geis@usdoj.gov;Jonathan.Schmidt@usdoj.gov
7 |

8 | RONALD J. TENPAS
Assistant Attorney General
9 | Environment and Natural Resources Division
United States Department of Justice
10 | RICHARD A. UDELL
Senior Trial Attorney
11 | Environmental Crimes Section
P.O. Box 23985
12 | L'Enfant Plaza Station
Washington, DC 20004
13 | (202) 305-0361 (tel)
(202) 514-8865 (fax)
14 | Richard.Udell@usdoj.gov

15 |
Attorneys for Plaintiff
16 | United States of America

17 |

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 | SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | UNITED STATES OF AMERICA, ) | CR 8-0160 SI |
| | ) | |
| 22 | Plaintiff, ) | RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION TO |
| | ) | VACATE OR CONTINUE RULE 15 |
| 23 | v. ) | DEPOSITIONS |
| | ) | |
| 24 | JOHN J. COTA, ) | |
| | ) | |
| 25 | Defendant. ) | |
| | ) | |
| 26 | _____ ) | |

27 |

28 |     The United States Attorney and the Assistant Attorney General for the

Environment and Natural Resources Division, by and through undersigned counsel,

hereby file this response to defendant Cota's Motion to Vacate or Continue Rule 15

1   Depositions.

2       Rule 15 depositions of the material witnesses are scheduled to begin on July 21,

3   2008.  On July 3, 2008, the United States submitted an *ex parte* status report *under seal* to

4   advise Judge Spero of certain developments, including newly discovered evidence, that

5   could impact that schedule.

6   **I.    Background**

7       Defendant John Cota was the pilot of the *M/V Cosco Busan* on November 7, 2007,

8   when the ship hit a tower of the San Francisco Bay bridge causing more than 50,000

9   gallons of oil to be discharged into the Bay and led to the death of approximately 2,000

10  migratory birds.

11      Since January 3, 2008, the Master of the ship and five Chinese crew members have

12  been detained in the United States as material witnesses pursuant to Title 18, United

13  States Code, Sections 3142 and 3144.

14      Five of the material witnesses have moved for release or, in the alternative,

15  depositions pursuant to Rule 15 of the Federal Rules of Criminal Procedure that were

16  unopposed by the government and the defendant with respect to the request for

17  depositions.

18      On May 21, 2008, the United States filed a motion seeking an order finding that

19  exceptional circumstances and the interest of justice justify the taking of depositions

20  pursuant to Rule 15.  On May 22, 2008, this Court issued an Order setting the deposition

21  dates in light of the new developments.

22      On July 3, 2008, the United States submitted an *ex parte* status report *under seal* to

23  advise Judge Spero of certain developments, including newly discovered evidence, that

24  could impact that schedule.  The status report was ultimately filed on July 10, 2008.   As

25  set forth in greater detail in that status report, the purpose was to update the Court of

26  current developments that may result in further delay of the depositions.  The new

27  evidence only came to light in May as the government was preparing for the Rule 15

28  depositions.  The government has been actively investigating new allegations since that

2

1    time and has provided Defendant Cota with discovery regarding the new investigation.

2    On July 9, 2008, after receiving the discovery, Defendant Cota moved to vacate

3    the deposition schedule or, in the alternative, to continue depositions until early

4    September 2008.  (Doc. # 65).  Defendant Cota has also moved *ex parte* for an order that

5    would vacate the deposition dates and then either refer to Magistrate Judge Spero the

6    defendant's motion to vacate or continue the depositions or shorten the time for this Court

7    to hear that motion on an expedited schedule, and possibly as early as July 18, 2008, when

8    Cota's dispositive motions are to be argued.  (Doc. # 67).

9    On July 11, 2008, the material witnesses responded and opposed Cota's motion,

10    however this pleading is not currently listed on the electronic docket.

11    **II.    The Government's Position**

12    As set forth in defendant Cota's motion, the new discovery produced by the United

13    States to the defendant relates to: (1) the knowledge and training of the Captain and crew

14    of the M/V Cosco Busan in the operation of the electronic chart system and other aspects

15    of bridge equipment and procedures; (2) the Captain's knowledge of how to interpret the

16    symbols on the electronic chart; (3) the post-crash creation of records by certain crew

17    members; and (4) recently produced computer images.[1]

18    While the government reserves its right to make evidentiary challenges and

19    objections, the government agrees with the defendant's view that the information is

20    relevant to preparation for the depositions and may constitute appropriate cross

21    examination.  The government agrees that a reasonable amount of time is appropriate in

22    order to preserve the defendant's confrontation clause rights.  And, for the reasons set

23    forth in the government's ex parte status report filed under seal, there are additional

24    reasons to believe that additional time will be required.

25    The government disagrees with the response of the material witnesses opposing

26

27

28    [1] The United States does not fully agree with defendant's characterization regarding the status and history of discovery.  However, we fully anticipate that any discovery issues can be adequately resolved by the parties.

3

1   the defendant's motion, to the extent that the response asserts that the new evidence is not

2   relevant to the depositions.  The government is fully cognizant of the desire of the

3   material witnesses to return home as soon as practicable, while at the same time

4   preserving their testimony in a manner that preserves the right to a fair trial for the

5   defendant.  The government notes that several of these witnesses share responsibility for

6   the eleventh hour disclosure of the new evidence and information, which only came to

7   light in May and June.  Indeed, as the government has now learned, several of these

8   witnesses were not fully forthcoming when interviewed months earlier.

9         With regard to the defendant's requests, the government's position is as follows:

10        1.  The United States does not oppose defendant's request for a reasonable

11  continuance in the scheduling of Rule 15 depositions.[2]

12        2.  The United States does not oppose defendant's request to vacate and referr the

13  motion to vacate or continue to Magistrate Judge Spero or for the shortening of time so

14  that this Court may hear that motion.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28
_____

[2] The government is opposed to keeping all of the material witnesses in the United States until trial as suggested by the defendant, but is not opposed to providing the defendant with further opportunity to brief this issue.

1

2

3                                                    Respectfully submitted,

4
     JOSEPH P. RUSSONIELLO          RONALD J. TENPAS
5    United States Attorney         Assistant Attorney General
                                    Environment and Natural Resources
6    BRIAN J. STRETCH               Division
     Chief, Criminal Division       United States Department of Justice
7

8
              /s/                                 /s/
9    By:_____      By:_____
        STACEY P. GEIS                  RICHARD A. UDELL
10      JONATHAN SCHMIDT                 Senior Trial Attorney
        Assistant United States Attorneys    Environmental Crimes Section
11

12

13

14   DATED: July _14_, 2008_____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    5