IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES**

| | |
|---|---|
| **JUDGE** Joseph C. Spero | **COURT DEPUTY**: <u>Karen Hom</u> |
| **DATE**: July 18, 2008 | **COURT REPORTER**: <u>Kathy Wyatt</u> |
| **CASE NO.** CR08-0160 SI (JCS) | **TIME:** 25 mins |
| **NAME:**    USA v. John Joseph Cota | |
| **COUNSEL FOR GOVERNMENT:** | **COUNSEL FOR DEFENDANT:** |
| Jonathan Schmidt | Jeff Bornstein ( Dft Not present) |
| Richard Udell | Barry Hartman |

**COUNSEL FOR MATERIAL WITNESSES in CR07-90552 MISC VRW (JCS):**
Brian Getz for Hong Zhi Huang (material witness not present)
Scott Lovernick for Douglas Schwartz for Mao Cai Sun (material witness not present)
Jonathan Howden for Kong Xiang Hu, Shun Biao Zhao, Liang Xian Zheng & Zong Bin Li (material witnesses not present)

**PROCEEDINGS**:                                                          **RULING:**

1. Motion to Vacate or Continue Rule 15 Depos [docket #65]

2. Motion to Vacate Current Deposition Dates and Refer Motion
to Vacate or Continue Rule 15 Depos to Judge Spero [docket #67]


**NOTES:**  Appearances of the material witnesses and Dft Cota were waived for today's proceedings.

**ORDERED AFTER THE HEARING:**

The depositions set for next week are vacated.  AUSA will reimburse Jeff Bornstein $600.00 for the cancelled translator fee.


**CASE CONTINUED TO**: July 23, 2008, at 3:00 PM, for a Status Conference (special setting)

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney  [ ]  Defendant [ ]  Court

cc: KLH, JCS