| | |
|---|---|
| BRIAN H GETZ, ESQ. (CSBN 85593)<br>LAW OFFICES OF BRIAN H GETZ<br>44 Montgomery Street, Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 912-5886<br>Facsimile: (415) 438-2655<br><br>Attorneys for Witness<br>HONG ZHI WANG | FILED<br>08 JUL 21 PM 2:10<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN J. COTA,<br><br>　　　　Defendant. | ) Case No. CR 08-0160 SI-MAG (JCS)<br>)<br>)<br>)<br>) **PROOF OF SERVICE**<br>)<br>) DATE: July 23, 2008<br>) TIME: 3:00 p.m.<br>) CTRM: A, 15th Floor<br>) |

　　　　I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is The Law Offices of Brian H Getz, 44 Montgomery Street, Suite 3850, San Francisco, CA 94104. On the date below, I served the following document:

**RENEWAL OF MOTION TO RETURN TO CHINA PENDING TRIAL TESTIMONY**

on the below-named parties and/or counsel of record by the manner indicated:

| | |
|---|---|
| Jonathan D. Schmidt, Esq.<br>U.S. Attorney's Office<br>450 Golden Gate Ave., 11th Fl.<br>San Francisco, CA 94102 | Jeffrey L. Bornstein, Esq.<br>K&L Gates LLP<br>55 Second Street<br>Suite 1700<br>San Francisco, CA 94105 |

PROOF OF SERVICE
Case No. CR 08-0160 SI-MAG (JCS)

- 2 -

| | |
|---|---|
| Douglas R. Schwartz, Esq. | Jonathan Howden, Esq. |
| Schwartz & Cera LLP | Thelen Reid Brown Raysman & Steiner LLP |
| 44 Montgomery Street, Suite 3850 | 101 Second Street, Suite 1800 |
| San Francisco, CA 94104 | San Francisco, CA 94105 |

**_XXX_**   **_Hand-Delivery_**, *by consigning the above-referenced document(s), enclosed in a sealed envelope addressed as above and hand delivered.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on July 21, 2008 at San Francisco, California.

_____
John Passaglia