JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-0160 SI |
| Plaintiff, ) | [Proposed] ORDER EXCLUDING TIME FROM JULY 18, 2008, to AUGUST 1, 2008 |
| v. ) | |
| JOHN JOSEPH COTA, ) | |
| Defendant. ) | |

1    On July 18, 2008, the parties appeared before the Court. At that appearance, the
2 parties agreed that the period of delay from July 18, 2008, to August 1, 2008, be excluded
3 in computing the time within which the trial must commence. The grounds for this
4 exclusion are the complexity of the case, and the need for the parties to exchange and
5 review further discovery. Failure to grant such a continuance would unreasonably deny
6 the defendant and the government the reasonable time necessary for effective preparation,
7 taking into account the exercise of due diligence. *See* 18 U.S.C. Section 3161(h)(8)(A)
8 and (B)(iv). Further the ends of justice served by the continuance outweigh the best
9 interest of the public and the defendant in a speedy trial.
10    IT IS SO ORDERED.
11
12 Dated:_____          _____
                                    SUSAN ILLSTON
13                                  United States District Court Judge