**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CRIMINAL PRETRIAL MINUTES</u>

Date:<u>7/18/08</u>

Case No. <u>  CR-08-160  SI  </u>          Judge: <u> SUSAN ILLSTON</u>

Title: <u> UNITED STATES</u> -v- <u>JOHN COTA (NC)(P)</u>

Attorneys: <u>  J. Schmidt  </u>          <u>  J. Bornstein  </u>

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter: <u>S. McVickar</u>

**PROCEEDINGS**

1) <u> Status - HELD                                                                                    </u>
2) <u>                                                                                                 </u>
3) <u>                                                                                                 </u>
Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                PART

Case continued to  <u>**8/1/08 @ 11:00 a.m.**</u>  for Status

Case continued to **<u>8/26/98 @ 3:30 p.m.</u>** for Pretrial Conference

Case continued to **<u>10/6/08  @ 8:30 a.m.</u>**  for Trial (Jury: re: clean water act phase)

Category of Excludable Delay: <u>    Complex  </u>
**Delay begins:          Delay ends: 7/18/08**
(      AUSA          )

ORDERED AFTER HEARING:
Judge Spero shall oversee any disputes re: depositions.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )