UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: August 1, 2008    [11:54am - 12:10pm]

Case No. CR-08-0160-01 SI    Judge: SUSAN ILLSTON

Title: UNITED STATES -v- JOHN J. COTA, et al.

Attorneys: Stacey Geis (AUSA)    John Cox, Jeffrey Bornstein

Deputy Clerk: Monica Narcisse for Tracy Sutton   Court Reporter: Joan Columbini

**PROCEEDINGS**

1) Further Status
2) _____
3) _____

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                          PART

Case continued to **August 15, 2008 @ 11:00 a.m.** for Further Status

Case continued to **@ 11:00 a.m.** for Motions
(Motion due , Opposition  Reply )

Case continued to **November 4, 2008 @ 3:30 p.m.** for Pretrial Conference

Case continued to **November 17, 2008 @ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**       **Delay ends:**
(              )

ORDERED AFTER HEARING:
**Defendants' appearance waived pursuant to stipulation.**
**August 26, 2008 Pretrial conference and October 6, 2008 Trial dates are vacated.**

(SPEEDY TRIAL DEADLINE AS OF TODAY: )