Jeffrey L. Bornstein (State Bar No. 99358)
Luke G. Anderson (State Bar No. 210699)
K&L Gates LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
Christopher R. Tate, *Admitted Pro Hac Vice* (PA Bar No. 205510)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN J. COTA,<br><br>　　　　　　Defendant. | Case No.  CR 08-0160 SI<br><br>**[PROPOSED] ORDER** |

　　　FOR GOOD CAUSE SHOWN, It Is Hereby Ordered that Defendant's Request for an Order Waiving the Appearance of John Cota is GRANTED. Captain Cota's appearance at the status conference scheduled for August 1, 2008 is waived.

　　　It is so Ordered.

Dated: July ___, 2008　　　　By: _____
　　　　　　　　　　　　　　　　HONORABLE SUSAN ILLSTON
　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER—CR 08-0160 SI