1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
3  STACEY P. GEIS (CASBN 181444)
   JONATHAN SCHMIDT (CABSN 230646)
4  Assistant United States Attorneys
   450 Golden Gate Ave., 11th Floor
5  San Francisco, CA 94102
   (415) 436-6776 (tel)
6  (415) 436-7234 (fax)
   Jonathan.Schmidt@usdoj.gov
7

8  RONALD J. TENPAS
   Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 Richard A. Udell
   Senior Trial Attorney
11 Environmental Crimes Section
   P.O. Box 23985
12 L'Enfant Plaza Station
   Washington, DC 20004
13 (202) 305-0361 (tel)
   (202) 514-8865 (fax)
14 Richard.Udell@usdoj.gov

15 Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-0160 SI |
| ) | |
| Plaintiff, ) | [Proposed] ORDER SETTING DATES and |
| ) | EXCLUDING TIME FROM AUGUST 7, |
| v. ) | 2008 to SEPTEMBER 18, 2008 |
| ) | |
| JOHN JOSEPH COTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

1   On August 7, 2008, the parties appeared before the Court and set the following dates

2   • August 18, 2008         The Government will provide full discovery.

3   • September 2, 2008       The Government will provide relevant expert reports.

4   • September 2, 2008       Material witness counsel will file any submissions.

5   • September 12, 2008      Defense Counsel and will file a submission stating their proceed
      by noon                 with Rule 15 depositions; the Government may file a submission

6   • September 18, 2008      Hearing regarding Rule 15 depositions
      at 2:00 p.m.

8   • October 1, 2008         Rule 15 depositions Liang Xian Zheng

9   • October 3, 2008         Rule 15 depositions Zong Bin Li

10  At that appearance, the parties agreed that the period of delay from AUGUST 7, 2008 2008, to September 18, 2008, be excluded in computing the time within which the trial must commence. The grounds for this exclusion are the complexity of the case, and the need for the parties to exchange and review further discovery. Failure to grant such a continuance would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv). Further the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:_____                    _____
                                           JOSEPH C. SPERO
                                           United States Magistrate Judge