1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
3  STACEY P. GEIS (CASBN 181444)
   JONATHAN SCHMIDT (CABSN 230646)
4  Assistant United States Attorneys
   450 Golden Gate Ave., 11th Floor
5  San Francisco, CA 94102
   (415) 436-6776 (tel)
6  (415) 436-7234 (fax)
   Jonathan.Schmidt@usdoj.gov
7

8  RONALD J. TENPAS
   Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 Richard A. Udell
   Senior Trial Attorney
11 Environmental Crimes Section
   P.O. Box 23985
12 L'Enfant Plaza Station
   Washington, DC 20004
13 (202) 305-0361 (tel)
   (202) 514-8865 (fax)
14 Richard.Udell@usdoj.gov

15 Attorneys for Plaintiff
   United States of America
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

21 | UNITED STATES OF AMERICA,         ) CR 08-0160 SI
                                       )
22 |     Plaintiff,                    ) [~~Proposed~~] ORDER SETTING DATES and
                                       ) EXCLUDING TIME FROM AUGUST 7,
23 | v.                                ) 2008 to SEPTEMBER 18, 2008
                                       )
24 | JOHN JOSEPH COTA,                 )
                                       )
25 |     Defendant.                    )
                                       )
26                                     )
                                       )
27 |_____   )

28

1   On August 7, 2008, the parties appeared before the Court and set the following dates

2   • August 18, 2008          The Government will provide full discovery.

3   • September 2, 2008        The Government will provide relevant expert reports.

4   • September 2, 2008        Material witness counsel will file any submissions.

5   • September 12, 2008       Defense Counsel and will file a submission ~~stating their proceed~~ regarding - JCS
    by noon                    ~~with~~ Rule 15 depositions; the Government may file a submission

6   • September 18, 2008       Hearing regarding Rule 15 depositions
    at 2:00 p.m.

8   • October 1, 2008          Rule 15 depositions Liang Xian Zheng

9   • October 3, 2008          Rule 15 depositions Zong Bin Li

At that appearance, the parties agreed that the period of delay from AUGUST 7, 2008 2008, to September 18, 2008, be excluded in computing the time within which the trial must commence. The grounds for this exclusion are the complexity of the case, and the need for the parties to exchange and review further discovery. Failure to grant such a continuance would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv). Further the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 8/15/08

JOSEPH
United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

2