UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN J. COTA<br>　And<br>FLEET MANAGEMENT LIMITED,<br><br>　　　　　　　　　　　Defendants. | Case No.  CR 08-0160 SI<br><br>**[PROPOSED] ORDER** |

　　　For Good Cause Shown,

　　　Due to the prejudicial nature of the publicity surrounding the incident,

　　　IT IS HEREBY ORDERED that the Defendant's Motion for a Change of Venue is granted and this trial be moved from the Northern District of California to Fresno, California.

///

///

[PROPOSED] ORDER—CR 08-0160 SI

[Or in the alternative,]

IT IS HEREBY ORDERED that:

1. A jury questionnaire be provided to the prospective jurors;

2. Individualized sequestered voir dire be conducted;

3. Counsel be allowed to conduct voir dire; and

4. Counsel for defense be allowed additional preemptory challenges.

IT IS SO ORDERED.

Dated:                                          By: _____
                                                HONORABLE SUSAN ILLSTON
                                                United States District Court Judge