Jeffrey L. Bornstein (State Bar No. 99358)
Luke G. Anderson (State Bar No. 210699)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
Christopher R. Tate, *Admitted Pro Hac Vice* (PA Bar No. 205510)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile:  (202) 778-9100

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> v.<br><br>JOHN J. COTA<br> and<br>FLEET MANAGEMENT, INC.,<br><br>         Defendants. | Case No. CR 08-0160 SI<br><br>**DEFENDANT JOHN J. COTA'S NOTICE OF MOTION AND MOTION TO CHANGE VENUE OR ALTERNATIVELY, FOR SPECIAL JURY SELECTION PROCEDURES**<br><br>Date: September 22, 2008<br>Time: 11:00 am<br>Judge: Honorable Susan Illston<br><br>Speedy Trial Act; Excludable Time Through Disposition, 18 U.S.C. § 3161(h)(1)(F) |

**TO UNITED STATES ATTORNEY JOSEPH P. RUSSONIELLO:**

**PLEASE TAKE NOTICE** that at 11:00 a.m. on September 19, 2008 or as soon thereafter as counsel may be heard in the above entitled Court, Defendant JOHN J. COTA ("Captain Cota") will and hereby does move this Court for an order to change venue or alternatively, for special jury

1.

DEFENDANT JOHN J. COTA'S NOTICE OF MOTION AND MOTION TO CHANGE VENUE OR ALTERNATIVELY, FOR SPECIAL JURY SELECTION PROCEDURES
CR 08-0160 SI

selection procedures, in this matter pursuant to Rule 12(b)(2) and (3) of the Federal Rules of Criminal Procedure.  Specifically, Captain Cota seeks a change of venue or alternatively, for special jury selection procedures based on the grounds that there has been overwhelming prejudicial publicity in the Bay Area regarding this incident making it difficult, if not impossible for him to receive a fair trial before an unbiased jury.

This motion is based on this Notice of Motion and Motion, the attached Affidavit of Craig New and exhibits in support thereof, the complete files and records in this matter, and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

DATED: August 18, 2008.               KIRKPATRICK & LOCKHART
                                      PRESTON GATES ELLIS LLP


By: __/s/ Jeffrey L. Bornstein_____

Jeffrey L. Bornstein, Esq.
Barry M. Hartman, Esq., *Admitted Pro Hac Vice*
Luke G. Anderson Esq.
Christopher R. Tate, Esq., *Pro Hac Vice pending*

Attorneys for Defendant
JOHN J. COTA

2.

DEFENDANT JOHN J. COTA'S NOTICE OF MOTION AND MOTION TO CHANGE VENUE OR ALTERNATIVELY, FOR SPECIAL JURY SELECTION PROCEDURES
CR 08-0160 SI