# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/15/08

Case No.   CR-08-160 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- JOHN COTA (NC)(P), FLEET CORP.

Attorneys:   J. Schmidt            J. Bornstein, Greenberg, Cox

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

## PROCEEDINGS

1)  Status - HELD
2)  
3)  

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN     (  ) SUBMITTED
                                                           PART

Case continued to **9/22/08 @ 11:00 a.m.**   for Motions
(deft. To file 8/29/08, govt. Opposition: 9/12/08, deft. Reply: 9/17/08)

Category of Excludable Delay:    Complex
**Delay begins:          Delay ends:**
(     AUSA   to draft order          )

ORDERED AFTER HEARING:
The parties are discussing the possibility of entering a protective order.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )