JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA, and<br>FLEET MANEGMENT LIMITED,<br><br>    Defendants | CR 08-0160 SI<br><br>[Proposed] ORDER EXCLUDING TIME FROM AUGUST 15, TO SEPTEMBER 22, 2008 |

1    On August 15, 2008, the parties appeared before the Court.  At that appearance, the parties
2 agreed that the period of delay from August 15, 2008, to September 22, 2008, be excluded in
3 computing the time within which the trial must commence.  The grounds for this exclusion are
4 the complexity of the case, and the need for the parties to exchange and review further discovery.
5 Failure to grant such a continuance would unreasonably deny the defendant and the government
6 the reasonable time necessary for effective preparation, taking into account the exercise of due
7 diligence.  *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv).  Further the ends of justice served
8 by the continuance outweigh the best interest of the public and the defendant in a speedy trial.
9    IT IS SO ORDERED.

11 Dated:_____            _____
                                    SUSAN ILLSTON
12                                   United States District Court Judge