1
2
3
4
5
6
7
8
9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12
UNITED STATES OF AMERICA,              Case No.  CR 08-0160 SI
13
                            Plaintiff,
14                                            **[PROPOSED] ORDER**

15          v.

16   JOHN J. COTA
       and
17   FLEET MANAGEMENT LIMITED,

                            Defendants.
18

19          For Good Cause Shown,

20          IT IS HEREBY ORDERED that Defendant Cota's Motion to Sever Charges against

21   Captain Cota in the Second Superseding Indictment from the charges therein against Defendant

22   Fleet Management, Inc. is granted.

23          IT IS SO ORDERED.

24   Dated:                        By: _____
25                                     HONORABLE SUSAN ILLSTON
                                       United States District Court Judge
26
27
28

     [PROPOSED] ORDER—CR 08-0160 SI