UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>  v.<br><br>JOHN J. COTA<br>   and<br>FLEET MANAGEMENT LIMITED,<br><br>                          Defendants. | Case No.  CR 08-0160 SI<br><br>**[PROPOSED] ORDER** |

For Good Cause Shown,

IT IS HEREBY ORDERED that Defendant Cota's Motion to Compel Discovery is granted.

IT IS SO ORDERED.

Dated:                                    By: _____
                                               HONORABLE SUSAN ILLSTON
                                               United States District Court Judge

[PROPOSED] ORDER—CR 08-0160 SI