JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CASBN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7126 (tel)
(415) 436-7234 (fax)
Stacey.Geis@usdoj.gov
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
RICHARD A. UDELL
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0160 SI |
| Plaintiff, ) | |
| v. ) | STIPULATED [PROPOSED] SEALING ORDER |
| JOHN JOSEPH COTA, and FLEET MANAGEMENT LTD., ) | Hearing Date: September 3, 2008 |
| Defendants. ) | Time: 11:00 a.m. |

STIPULATED [PROPOSED] ORDER
[CR 08 0160 SI]]

1    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that for reasons stated in open court on September 3, 2008, and subject to the interim protective order signed by this Court on August 31, 2008, defendant Fleet Management Ltd. shall be given copies of the Government's Opposition to Defendant's Motion to Dismiss the False Statement Counts and any accompanying exhibits to said motion, and any exhibits filed by defendant John Joseph Cota in support of his Motion to Dismiss the False Statements, which were all previously filed under seal.   Aside from now providing copies of these documents to Fleet Management Ltd, these documents shall remain under seal as previously ordered by this Court.

IT IS SO STIPULATED.

DATED:       August 3, 2008            __/S/_____
                                       JOHN COX
                                       Attorney for Defendant Fleet Management Ltd

DATED:       August 3, 2008            __/S/_____
                                       JEFFREY BORNSTEIN
                                       Attorney for Defendant John Joseph Cota


                                         /S/
DATED:       August 3, 2008            _____
                                       STACEY P. GEIS
                                       JONATHAN SCHMIDT
                                       Assistant United States Attorneys


IT IS SO ORDERED.

                                       *Susan Illston* (signature)
DATED:_____                  _____
                                       THE HONORABLE SUSAN ILLSTON
                                       United States District Judge

STIPULATED [PROPOSED] ORDER
[CR 08 0160 SI]]                        -2-