UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/3/08

Case No.   CR-08-160 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- JOHN COTA (NC)(P), FLEET CORP.

Attorneys:   S. Geis          J. Bornstein, Cox

Deputy Clerk:   Tracy Sutton    Court Reporter: J. Yeomans

**PROCEEDINGS**

1)   Motion to Unseal Documents - HELD

2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN          ( ) SUBMITTED
                                                  PART

Case continued to

Category of Excludable Delay: ____
**Delay begins:**        **Delay ends:**
(        )

ORDERED AFTER HEARING:
The parties will submit a proposed order modify the existing sealing order.