**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105-3493

T 415.882.8200    www.klgates.com

September 4, 2008

Jeffrey L. Bornstein
D 415.249.1059
F 415.882.8220
jeff.bornstein@klgates.com

Honorable Joseph C. Spero
United States Magistrate Judge
U.S. Northern District Court of California
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: United States of America v. John J. Cota, and Fleet Management LTD.
Case No.: 3:08-cr-00160-SI

Dear Magistrate Judge Spero:

On behalf of our client John J. Cota and in response to the Request For Leave to Disclose Expert Witness Summaries (document No. 127), we take no position on the government's request.

If you have any questions please do not hesitate to contact me. Thank you.

Very truly yours,

Jeffrey L. Bornstein

SF-162052 v1