1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
3  STACEY P. GEIS (CASBN 181444)
   JONATHAN SCHMIDT (CABSN 230646)
4  Assistant United States Attorneys
   450 Golden Gate Ave., 11th Floor
5  San Francisco, CA 94102
   (415) 436-6776 (tel)
6  (415) 436-7234 (fax)
   Jonathan.Schmidt@usdoj.gov
7
8  RONALD J. TENPAS
   Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 Richard A. Udell
   Senior Trial Attorney
11 Environmental Crimes Section
   P.O. Box 23985
12 L'Enfant Plaza Station
   Washington, DC 20004
13 (202) 305-0361 (tel)
   (202) 514-8865 (fax)
14 Richard.Udell@usdoj.gov

15 Attorneys for Plaintiff
   United States of America
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19              SAN FRANCISCO DIVISION

20

21                                        )  CR 08-0160 SI
   UNITED STATES OF AMERICA,              )
22                                        )  REQUEST FOR LEAVE TO DISCLOSE
        Plaintiff,                        )  EXPERT WITNESS SUMMARIES ON
23                                        )  SEPTEMBER 8, 2008, and [Proposed]
   v.                                     )  ORDER
24                                        )
   JOHN JOSEPH COTA, and                  )
25 FLEET MANEGMENT LIMITED,               )
                                          )
26      Defendants                        )
                                          )
27                                        )
                                          )
28

1    On August 7, 2008, Magistrate Judge Joseph C. Spero ordered the United States to

2    provide expert disclosures to defense counsel by September 2, 2008. At the time, the

3    United States noted that the deadline for expert disclosures might be difficult to meet.

4    The United States agreed to strive for the September 2, 2008 deadline because of the

5    material witness issue. Now, despite its best efforts, the United States cannot meet the

6    September 2, 2008 deadline and requests permission to provided relevant expert

7    disclosures by September 8, 2008.

8

9    IT IS SO ORDERED.

10

11   Dated:  9/8/08

12                                                 JOSEPH C. SPERO
                                                   United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2