Jeffrey L. Bornstein (State Bar No. 99358)
Claudia A. Quiroz (State Bar No. 254419)
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
JOHN J. COTA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN J. COTA and FLEET MANAGEMENT LTD., <br><br> Defendants. | Case No. CR 08-00160-SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE: TRAVEL REQUEST** |

Defendant John J. Cota, by and through his counsel Claudia A. Quiroz and the United States of America, through Assistant United States Attorney Jonathan D. Schmidt, hereby stipulate and agree that Captain Cota's Conditions of Release and Appearance be modified such that he be permitted to travel to Seattle, Washington on May 29, 2009, returning on June 1, 2009 so that he may attend the high school graduation of a family friend.

1.

STIPULATION AND ORDER
CR 08-00610-SI
SF-179482 V1

Assistant United States Attorney Schmidt has been provided with Captain Cota's travel itinerary and contact information in Seattle and has no objection.

IT IS SO STIPULATED

DATED: March 26, 2009

JONATHAN D. SCHMIDT
Assistant United States Attorney
United States Attorney's Office

DATED: March 25, 2009

CLAUDIA A. QUIROZ
K&L Gates LLP

## ORDER

Pursuant to stipulation, Mr. Cota's Conditions of Release and Appearance are hereby modified such that he is permitted to travel to Seattle, Washington on May 29, 2009, returning on June 1, 2009 so that he may attend the high school graduation of a family friend. All other conditions of release are to remain the same.

**IT IS SO ORDERED.**

DATED: March 27, 2009

HONORABLE
United
Judge Joseph C. Spero