Jeffrey L. Bornstein (State Bar No. 99358)
Claudia A. Quiroz (State Bar No. 254419)
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN J. COTA and<br>FLEET MANAGEMENT LTD.,<br><br>　　　　　　　　　　　Defendants. | Case No. CR 08-00160-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

　　　FOR GOOD CAUSE SHOWN, IT IS HEREBY STIPULATED, by and between Counsel for the United States of America and Defendant John J. Cota, that the Sentencing Hearing currently scheduled for June 19, 2009 shall be continued to July 17, 2009 at 11:00 a.m.

　　　This continuance is sought in order to permit the parties to have additional time to work with the probation officer on the pre-sentence report. The probation officer takes no position on this request for continuance but has stated that she is available on July 17, 2009.

\\\\

\\\\

\\\\

1.

IT IS SO STIPULATED

DATED: May 27, 2009

JONATHAN D. SCHMIDT
Assistant United States Attorney
United States Attorney's Office

DATED: May 27, 2009

JEFFREY L. BORNSTEIN
CLAUDIA A. QUIROZ
K&L Gates LLP

## ORDER

Pursuant to Stipulation, Defendant Cota's Request to Continue the Sentencing Hearing to July 17, 2009 at 11:00 a.m. is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: May 27, 2009

HONORABLE Susan Illston
United States District Judge

2.

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
CR 08-00610-SI
SF-184494 V1