1   Jeffrey L. Bornstein (State Bar No. 99358)
    Claudia A. Quiroz (State Bar No. 254419)
2   K&L Gates LLP
    Four Embarcadero Center, 12th Floor
3   San Francisco, CA 94111
    Telephone: (415) 882-8200
4   Facsimile:  (415) 882-8220

5

    Attorneys for Defendant
6   JOHN J. COTA

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,            Case No.  CR 08-0160 SI

13                        Plaintiff,      **[PROPOSED] ORDER GRANTING
                                          DECLARATION OF JEFFREY L.
14         v.                             BORNSTEIN TO FILE MEDICAL
                                          INFORMATION UNDER SEAL**
15   JOHN J. COTA
       and                                Date : July 17, 2009
16   FLEET MANAGEMENT LIMITED,            Time: 11:00 a.m.
                                          Judge: Honorable Susan Illston
17                        Defendants.

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SEALING ORDER

1

2      For good cause shown, IT IS HEREBY ORDERED that the Declaration of Jeffrey L.

3   Bornstein and the attached documentation shall be filed under seal.  Copies of these documents will

4   be provided to the Probation Officer and the Government's counsel.

5      IT IS FURTHER ORDERED that the medical information and Reports attached to the

6   Declaration of Jeffrey L. Bornstein shall be appended to the Final Presentence Report and provided to

7   the Bureau of Prisons for consideration assuming a custodial sentence is imposed.

8      IT IS SO ORDERED.

9   DATED:  July _____, 2009

10

11                                    HONORABLE SUSAN ILLSTON
                                      United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA          )

3

                                  ) ss

COUNTY OF SAN FRANCISCO    )

4

5

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is K&L GATES LLP, 4 Embarcadero, Suite 1200, San Francisco, CA 94111. On **July 10, 2009,** I served the within documents:

6

**SEE ATTACHED DOCUMENTS LIST.**

7

8

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below:

9

10

☐   on the date above-listed, I caused to be sent such document(s) from facsimile machine 415-421-0938 to:

11

12

I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 415-421-0938 which confirms said transmission and receipt.

13

☒   by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.  A proof of service by the courier service will be filed with the Court shortly.

14

15

**Stacey Geis, Esq.**
**Assistant United States Attorney**

16

**United States Attorney's Office**
**450 Golden Gate Avenue, 11th Floor**

17

**San Francisco, CA 94102**

18

**Cheryl Simone**
**U.S. Probation Officer**

19

**United States District Court**

20

**Northern District of California**
**450 Golden Gate Avenue**

21

**San Francisco, CA 94102**

22

23

☐   by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below:

24

25

☐   by causing the document(s) listed above to be delivered via overnight delivery (United Parcel Service (UPS) to the person(s) at the address(es) set forth below.

26

27

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

28

SF-188199 v1 1106288-00001

1    Executed on July 10, 2009, at San Francisco, California.

2

3                                                      F. Sushila Purja

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DOCUMENT LIST**

      1.     DECLARATION OF JEFFREY L. BORNSTEIN TO FILE MEDICAL INFORMATION UNDER SEAL (<u>FILED UNDER SEAL</u>); and

      2.     [PROPOSED] ORDER GRANTING DECLARATION OF JEFFREY L. BORNSTEIN TO FILE MEDICAL INFORMATION UNDER SEAL