Jeffrey L. Bornstein (State Bar No. 99358)
Claudia A. Quiroz (State Bar No. 254419)
K&L Gates LLP
Four Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN J. COTA<br>　and<br>FLEET MANAGEMENT LIMITED,<br><br>　　　　　　　　　　　Defendants. | Case No.  CR 08-0160 SI<br><br>**CORRECTED [PROPOSED] ORDER GRANTING DECLARATION OF JEFFREY L. BORNSTEIN TO FILE EMPLOYMENT INFORMATION UNDER SEAL**<br><br>Date : July 17, 2009<br>Time: 11:00 a.m.<br>Judge: Honorable Susan Illston |

CORRECTED [PROPOSED] SEALING ORDER

1

1     For good cause shown, IT IS HEREBY ORDERED that the Declaration of Jeffrey L.
2 Bornstein and the attached documentation shall be filed under seal.  Copies of these documents will
3 be provided to the Probation Officer and the Government's counsel.
4     IT IS SO ORDERED.
5 DATED: July 17, 2009

*[signature]*
HONORABLE SUSAN ILLSTON
United States District Court Judge

CORRECTED [PROPOSED] SEALING ORDER

2