Jeffrey L. Bornstein (State Bar No. 99358)
Claudia A. Quiroz (State Bar No. 254419)
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00160-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: TRAVEL REQUEST** |
| v. | |
| JOHN J. COTA and FLEET MANAGEMENT LTD., | |
| Defendants. | |

Defendant John J. Cota, by and through his counsel Claudia A. Quiroz and the United States of America, through Assistant United States Attorney Jonathan D. Schmidt, hereby stipulate and agree that Captain Cota's Conditions of Release and Appearance be modified such that he be permitted to travel to Oregon from August 15, 2009, through August 19, 2009 for vacation and to visit friends.

1.

STIPULATION AND ORDER
CR 08-00610-SI
SF-190283 V1

Assistant United States Attorney Schmidt has been provided with Captain Cota's travel itinerary and contact information in Oregon and has no objection.

IT IS SO STIPULATED

DATED: August 11, 2009

_____
JONATHAN D. SCHMIDT
Assistant United States Attorney
United States Attorney's Office

DATED: August 10, 2009

_____
CLAUDIA A. QUIROZ
K&L Gates LLP

## ORDER

Pursuant to stipulation, Mr. Cota's Conditions of Release and Appearance are hereby modified such that he is permitted to travel to Oregon from August 15, 2009, through August 19, 2009 for vacation and to visit friends. All other conditions of release are to remain the same.

**IT IS SO ORDERED.**

DATED: August 12, 2009

_____
HON[.]
Unite[d]
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA