1  Jeffrey L. Bornstein (State Bar No. 99358)
   Claudia A. Quiroz (State Bar No. 254419)
2  K&L Gates LLP
   Four Embarcadero Center, 12th Floor
3  San Francisco, CA 94111
   Telephone: (415) 882-8200
4  Facsimile:  (415) 882-8220

5

6  Attorneys for Defendant
   JOHN J. COTA

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,            Case No.  CR 08-0160 SI

13                        Plaintiff,    **[PROPOSED] ORDER RETURNING
                                        DEFENDANT'S PASSPORT**
14     v.

15 JOHN J. COTA,

16                        Defendant.

17     In light of the fact that defendant John Cota voluntarily surrendered his passport to the United

18 States District Court Clerk's Office as a condition of his pretrial release and that his bond was

19 deemed exonerated upon the surrender of Mr. Cota to the Bureau of Prisons on October 19, 2009 per

20 the Judgment in a Criminal Case imposed on July 17, 2009;

21     IT IS HEREBY ORDERED that Mr. Cota's passport be returned to his counsel, K&L Gates

22 LLP.

23

24 IT IS SO ORDERED.

25 DATED: November___, 2009          _____
                                     Honorable Susan Illston
26                                   United States District Court Judge

27

28
   [PROPOSED] ORDER RETURNING DEFENDANT'S PASSPORT
                                    1
   SF-198437 v1